1    Brian E. Bisol (State Bar No. 180672)
     THE BISOL FIRM, APC
2    19800 MacArthur Boulevard, Suite 1000
     Irvine, California 92612
3    Telephone:   (949) 769-3680
     Facsimile:   (949) 263-0005
4    E-Mail:      bbisol@bisolfirm.com

5    Attorneys for Plaintiff Vape Society Supply Corp.

6

7

8                  **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

10

11   VAPE SOCIETY SUPPLY CORP., a        | Case No.:
     California corporation,

12                                        | **VAPE SOCIETY SUPPLY CORP.'S**
                    Plaintiff,            | **COMPLAINT FOR:**

13
     vs.                                  | **(1)   Breach of Fiduciary Duty;**
14                                        | **(2)   Breach of Duty of Loyalty;**
     TARIQ JIHAD ZEIADEH, an              | **(3)   Intentional Interference with**
15   individual and dba TJZ Enterprises,  | **       Contractual Relationships;**
     NATHAN AZIZ DAWOOD, an               | **(4)   Intentional Interference with**
16   individual and dba Dawood and        | **       Prospective Business Advantage;**
     Dawood, WEST COAST VAPE              | **(5)   Negligent Interference with**
17   SUPPLY, INC., a California           | **       Prospective Business Advantage;**
     corporation, ALHAM NABEEH           | **(6)   Conversion;**
18   BENYAMEEN, an individual, ANDY       | **(7)   Money Had and Received;**
     MICHAEL IBRAHIM, an individual,      | **(8)   Federal Computer Fraud and**
19   AKRAM NASER DIAB, an individual,     | **       Abuse Act;**
                                          | **(9)   California Comprehensive**
20                  Defendants.           | **       Computer Data Access Fraud Act;**
                                          | **(10)  Copyright Infringement;**
21                                        | **(11)  Digital Millennium Copyright Act;**
                                          | **(12)  Trademark Infringement under**
22                                        | **       Lanham Act;**
                                          | **(13)  Cybersquatting;**
23                                        | **(14)  Trademark Infringement under**
                                          | **       California Law;**
24                                        | **(15)  Common Law Passing-Off;**
                                          | **(16)  Violation of the California Unfair**
25                                        | **       Business Practices Act;**
                                          | **(17)  Theft of Trade Secrets;**
26                                        | **(18)  Trade Secret Misappropriation;**
                                          | **(19)  Accounting.**
27
                                          | **[JURY TRIAL DEMANDED]**
28

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

1

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT**
**FOR DAMAGES AND INJUNCTIVE RELIEF**

1   For claims for relief against defendants Tariq Jihad Zeiadeh, an individual and

2   dba TJZ Enterprises, Nathan Aziz Dawood, an individual and dba Dawood and

3   Dawood, West Coast Vape Supply, Inc., a California corporation, Alham Nabeeh

4   Benyameen, an individual, Andy Michael Ibrahim, an individual, and Akram Naser

5   Diab (collectively, "Defendants"), plaintiff Vape Society Supply Corp., a California

6   corporation, alleges as follows:

7   **I.     GENERAL ALLEGATIONS**

8       **A.     <u>Parties</u>**

9           **a.     Plaintiff Vape Society Supply Corp.**

10   1.   Since June 28, 2016, Vape Society Supply Corp. ("Vape Society" or

11   "Plaintiff") has been a corporation, organized and existing under the laws of the State

12   of California, with its principal place of business in Orange County, California.  Prior

13   to incorporation, Vape Society was a dba of a general partnership of Ala Abufarie

14   ("Abufarie") and defendant Tariq Jihad Zeiadeh, also with its principal place of

15   business in Orange County, California.

16       **b.     Defendants**

17   2.   Vape Society is informed and believes that defendant Tariq Jihad

18   Zeiadeh ("Zeiadeh") is an individual and dba TJZ Enterprises, and at all relevant times

19   herein was a resident of Orange County, California, with TJZ Enterprises' principal

20   place of business in Orange County, California.

21   3.   Vape Society is informed and believes that defendant Nathan Aziz

22   Dawood ("Dawood") is an individual and dba Dawood and Dawood, and at all

23   relevant times herein was a resident of Riverside County, California, with Dawood

24   and Dawood's principal place of business in Orange County, California.

25   4.   Vape Society is informed and believes that defendant West Coast Vape

26   Supply, Inc. ("West Coast Vape") is, and at all relevant times herein was, a

27   corporation, organized and existing under the laws of the State of California, with its

28   principal place of business in Orange County, California.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

2

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

5.      Vape Society is informed and believes that defendant Alham Nabeeh Benyameen ("Benyameen") is an individual, and at all relevant times herein was a resident of Orange County, California.  Vape Society is additionally informed and believes that Benyameen, at all relevant times herein, was an officer, shareholder, employee and/or agent of West Coast Vape, and authorized to act on behalf of West Coast Vape.  In accordance, at all relevant times herein, all representations, actions and/or inaction by Benyameen were not only done in his individual capacity, but also on behalf of West Coast Vape.

6.      Vape Society is informed and believes that defendant Andy Michael Ibrahim ("Ibrahim") is an individual, and at all relevant times herein was a resident of Orange County, California.  Vape Society is additionally informed and believes that Ibrahim, at all relevant times herein, was an officer, shareholder, employee and/or agent of West Coast Vape, and authorized to act on behalf of West Coast Vape.  In accordance, at all relevant times herein, all representations, actions and/or inaction by Ibrahim were not only done in his individual capacity, but also on behalf of West Coast Vape.

7.      Vape Society is informed and believes that defendant Akram Naser Diab ("Diab") is an individual and at all relevant times herein was a resident of Orange County, California.

c.      **Agency**

8.      Vape Society is informed and believes that each of the defendants was the agent or employee of each of the remaining defendants, and at all times mentioned herein, acted within the course and scope of such agency and/or employment.

## II.   JURISDICTION AND VENUE

9.      This Court has subject matter jurisdiction over all Federal Claims for Relief set forth herein based upon 15 U.S.C. section 1121, 28 U.S.C. sections 1331, 1338(a) and 1338(b), 18 U.S.C. section 1030, 18 U.S.C. section 1836(c) and supplemental jurisdiction over all state causes of action under 28 U.S.C. section 1367.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

3

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

10.     This Court has personal jurisdiction over Defendants by virtue of, *inter alia*, Defendants': (a) location within the Central District of California; (b) commission of tortious acts within the Central District of California; and/or (c) regular and continuous transaction of business, including the tortious actions complained of herein, within the Central District of California.

11.     Venue is proper in the Central District of California, Southern Division, pursuant to 28 U.S.C. sections 1391(b) and (c), and 28 U.S.C. section 1400(a).

## III.   FACTUAL BACKGROUND

### A.   <u>Abufarie Meets and Employs Zeiadeh</u>

12.     In or about 2013, Abufarie met Zeiadeh at a hookah bar in Anaheim, California.  Zeiadeh was an employee of the hookah bar tasked with supplying hot charcoals for the hookah to patrons of the establishment, such as Abufarie.  Although Zeiadeh spoke little English at the time, Abufarie was able to communicate with Zeiadeh in Arabic.  Zeiadeh informed Abufarie that he was a Jordanian national, with a degree in computer programming, and in the process of obtaining a green card.

13.     Upon meeting, Zeiadeh asked Abufarie what he did for a living because he was in need of a second part-time job.  In response, Abufarie told Zeiadeh that he owned several smoke shops and other businesses throughout Orange County and stated that if Zeiadeh was interested, they could explore the idea of him coming to work at one of Abufarie's smoke shops, part-time.

14.     Ultimately, Abufarie hired Zeiadeh as a part-time employee at his business, Puff Smoke Shop ("Puff"), located in Santa Ana California.

15.     After approximately half a year of part-time employment at Puff, Zeiadeh was hired as a computer programmer by Local Splash, a digital online marketing and search engine optimization company in Fountain Valley, California.  Initially, after being hired by Local Splash, Zeiadeh continued to work weekends at Puff, but eventually quit Puff to focus on his work at Local Splash.

/ / / /

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

**B.**     **High Society Supply – Zeiadeh Contacts Abufarie Regarding Interest in Getting Involved in the Smoke and Vape Industries**

16.     In or about January 2015, Zeiadeh reached out to Abufarie, informing Abufarie that he was interested in getting involved in the smoke and vape[1] industry, including potentially starting his own website due to the experience he gained working at Local Splash.

17.     At this time, Abufarie was successfully distributing product through his business, High Society Supply ("High Society"), and he was getting ready to take the business online.[2]  High Society sold a plethora of smoke products in addition to vape products, such as e-juice and hardware, on its online website located at www.highsocietysupply.com, and had a physical location at 17421 Nichols, Unit J Huntington Beach, California 92647 (the "High Society Warehouse.")[3].

18.     Upon hearing about Zeiadeh's interest in the industry, Abufarie inquired if Zeiadeh would be interested in working on bettering the High Society website, specifically through the utilization of search engine optimization ("SEO").  Zeiadeh stated that he would help Abufarie, but would get back to him shortly to discuss the specifics.

19.     When Abufarie did not hear from Zeiadeh for some time, Abufarie assumed Zeiadeh had abandoned his interest in the industry.  In the meantime, Abufarie continued to focus on growing High Society, as the vape industry began gaining more and more popularity.

**C.**     **Abufarie Offers to Work with Zeiadeh in the Vape Industry**

20.     In or about March 2015, Zeiadeh contacted Abufarie again.  Zeiadeh informed Abufarie that he believed he was now ready to build a website to sell smoke

---

[1]     Vaping is the act of inhaling vapor from e-liquid (referred to as e-juice) through a personal vaporizer, which is a tobacco free version of the cigarette.
[2]     On or about February 19, 2015, High Society went online, at www.highsocietysupply.com.
[3]     The High Society Warehouse consisted of two offices and limited warehouse space.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

and vape products, and was seeking Abufarie's advice due to his experience in the industry.

21.     Once again, Abufarie asked Zeiadeh if he would be interested in utilizing his SEO know-how to improve the High Society website.  Like previously, Zeiadeh stated he would help Abufarie, but at this time he was more interested in starting a new e-commerce business from scratch.

22.     In response to Zeiadeh's enthusiasm, Abufarie advised that the vape industry was gaining a lot of popularity and that launching a website selling vape products could be very lucrative, especially if the website had good SEO.

23.     Abufarie then proposed that he and Zeiadeh work together as partners in launching a new e-commerce business dedicated to the vape industry.  Abufarie was willing to be equal partners with Zeiadeh on the project despite the fact he was the one that had the business experience, including in the industry.

24.     In response to the proposal by Abufarie, Zeiadeh thanked Abufarie and stated that he had to think it over and would get back to Abufarie in a few days.

**D.     Vape Society Supply – The Oral Partnership Agreement Between Abufarie and Zeiadeh**

25.     In or about March 2015, Zeiadeh contacted Abufarie and stated he wanted to be equal partners with Abufarie in the new e-commerce business venture proposed by Abufarie.  Further, Zeiadeh indicated that his father, who is a prominent and well-to-do physician in Jordan, would fund his share of the business venture.

26.     Abufarie suggested that the new e-commerce business be named "Vape Society Supply," an offshoot of the name of his current business, "High Society Supply."

27.     Abufarie, on the one hand, and Zeiadeh, on the other hand, then entered into an oral partnership agreement, wherein they would be 50/50 partners in the "Vape Society Supply" e-commerce business venture (the "Oral Partnership Agreement").  Further, the Oral Partnership Agreement provided that:

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

a.   Zeiadeh would contribute his SEO skills by building and managing the website for the business, while Abufarie would contribute his knowledge of the industry and business acumen;

b.   Zeiadeh and Abufarie would split all business expenses, including the cost of inventory, which would be the main expense;

c.   Zeiadeh would be paid a salary of $3,000.00 a month[4], while Abufarie would not take a salary until Vape Society could afford to pay him;

d.   Vape Society would eventually be incorporated, with Zeiadeh and Abufarie owning the stock in the corporation equally; and,

e.   While Abufarie could continue to operate his High Society business, of which he was the sole-owner, Abufarie would focus on launching Vape Society.[5]  Further, once Vape Society was sufficiently up and running, Abufarie could devote more of his attention to High Society, including hiring Zeiadeh to assist with SEO work for the High Society website, if he so chose.

28.   Zeiadeh's representation that he had the ability to equally contribute the necessary capital to launch Vape Society was material in Abufarie's decision to be a 50/50 partner with Zeiadeh.

**E.   Setting-Up Vape Society Supply**

29.   After entering into the Oral Partnership Agreement, Abufarie and Zeiadeh commenced setting up Vape Society.

1.   Fictitious Business Name Statement – General Partnership

30.   On or about March 30, 2015, Abufarie and Zeiadeh recorded a Fictitious Business Name Statement for "Vape Society Supply" in Orange County.  (See the

---

[4]   Zeiadeh would continue with his full-time employment with Local Splash and work part-time for Vape Society on nights and weekends.
[5]   Abufarie could agree to this, as High Society was up and running, and did not require all of his attention to remain a viable business.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

Fictitious Business Statement, which is attached hereto as Exhibit "A," and incorporated herein by reference.)  Therein, Abufarie and Zeiadeh are listed as co-partners of the fictitious business.  In addition, Zeiadeh executed the document as "General Partner."

> 2. <u>Opening of Bank Account at Bank of America</u>

31.    In or about March 2015, Abufarie and Zeiadeh opened up a business bank account for Vape Society at Bank of America, with each contributing $500.00 (the "Vape Society Partnership Bank Account").  According to Bank of America, the business account had a signature line for the main contact, as well as a co-signor.  Zeiadeh was listed as the main contact on the Vape Society Bank Account and Abufarie was the co-signor.  According to Bank of America, there was no distinction between a main contact and a co-signor.

> 3. <u>Obtaining a Tax Identification Number</u>

32.    Zeiadeh applied for and obtained a tax identification number ("EIN") for Vape Society.

**F.     Commencing Work on Vape Society Supply**

33.    After entering into the Oral Partnership Agreement, Abufarie and Zeiadeh also commenced working for Vape Society.

34.    Initially, Zeiadeh continued with his full-time employment with Local Splash, working there during the day.  After work, he would come to the High Society Warehouse to commence developing a website for Vape Society, including taking product photographs.  Abufarie, also working out of the High Society Warehouse, began purchasing product and uploading product photographs onto the Vape Society Website.

**G.     Shopify – The Vape Society Supply Domain and Platform**

35.    While Zeiadeh knew how to build a website for Vape Society, lacking the e-commerce business acumen, he was uncertain about platforms that hosted online businesses.  Therefore, it was Abufarie that decided that Vape Society should use the

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

established e-commerce platform, Shopify, Inc. ("Shopify"), which Abufarie used for High Society.

36.     On or about March 16, 2015, pursuant to Abufarie's instructions, Zeiadeh, on behalf of Vape Society, secured the domain vapesocietysupply.com through Shopify (the "Vape Society Website").  In addition, Zeiadeh, on behalf of Vape Society, registered the domain vapesocietysupply.com and platform service to host Vape Society's website under the mythical person "Eric Freeman."  Vape Society paid Shopify every month for the domain and platform service from on or about March 16, 2015 through present.

37.     Shopify provided Vape Society a hosting platform for the Vape Society Website, which consisted of an outward facing website for customers, as well as the backend of the website for the business.  The backend of the Vape Society Website hosted on Shopify provided Vape Society with report generating capabilities, data storage, and much more.   In essence, the backend was the "business office" of Vape Society.

**H.**     **Vape Society Supply Email Through Zoho Corporation**

38.     In addition to obtaining the domain vapesocietysupply.com and platform service to host the Vape Society Website, Zeiadeh, on behalf of Vape Society, also set up Vape Society's email account with Zoho Corporation ("Zoho").  Once again, Zeiadeh used the mythical person "Eric Freeman" for the account.  At all times herein, Vape Society paid the monthly fees for its email account with Zoho.

39.     Vape Society's company email account with Zoho uses @vapesocietysupply.com.

40.     Vape Society's employees use the company email to communicate internally, along with clients.  Vape Society's emails, through its account with Zoho, contain a tremendous amount of confidential and proprietary information.

/ / / /

/ / / /

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

9

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

# I.   Shopify – The Purchasing Process on the Vape Society Supply Website

41.     The Shopify platform used by Vape Society processed customer orders on the Vape Society Website as follows:

      a.     A customer arrives to the Vape Society Website, places an order and checks out;

      b.     The customer can check out as a guest or create an account;

      c.     The customer then selects a shipping method (Express, Priority, First Class, and Carrier – Federal Express, DHL or USPS);

      d.     The customer then makes payment by credit card, which is the only accepted form of payment;

      e.     Once a customer uses his/her credit card for payment, they get a receipt stating that they made a purchase from Vape Society and that the order is being processed;

      f.     Once an order has been paid for, it shows up in the confidential backend of the  Vape Society Website for fulfillment;

      g.     Once the order is fulfilled, the customer gets an email that their order has been processed and shipped; and,

      h.     Once the credit card is charged, within twenty-four (24) hours, the money is eventually deposited directly into Vape Society's bank account.

42.     Vape Society uses Authorize.net as its gateway.  The gateway allows for a secure connection that protects the credit card transactions on the Vape Society Website; it encrypts the data and protects both the customer and Vape Society.  The gateway account consists of a special account number that is input into the confidential backend of the Vape Society Website, under "payments."  All funds are put into the gateway account and from there they are routed to the bank account tied to the merchant processor of Vape Society.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

**J.        The Vape Society Supply Website Goes Live**

43.        In or about April 2015, the Vape Society Website went live at the URL www.vapesocietysupply.com, and the e-commerce business was up and running.   At that time, Zeiadeh was responsible for the Vape Society Website, while Abufarie purchased inventory, fulfilled and dispatched orders, and handled all operational aspects of the business.

**K.        Kennedy's Review / Critique of the Vape Society Supply Website**

44.        In or about June 2015, Zeiadeh told Abufarie about an extremely talented co-worker from Local Splash, Ian Kennedy ("Kennedy").  Kennedy was the Enterprise SEO Specialist at Local Splash.  In addition to his extensive knowledge surrounding SEO, Kennedy was also a vape connoisseur.  Zeiadeh felt it would be a good idea to ask Kennedy to take a look at the Vape Society Website and provide some tips and pointers on how it could be bettered.

45.        A few weeks later, Zeiadeh approached Kennedy and asked him to take a look at the Vape Society Website and provide his honest feedback.  Zeiadeh stated that the website was for a new partnership he had entered into.

46.        Kennedy agreed to look over the Vape Society Website and provide his critique.  Kennedy's overall impression of the Vape Society Website was poor.  Kennedy's findings included the following:  The Vape Society Website had poorly written and inaccurate product descriptions; the entire site was riddled with poor grammar; there were not enough product photos; the product descriptions lacked detail; the graphics were very basic; there were no back links; and, overall, it looked like a beginner's website, carelessly thrown together.

47.        Kennedy suggested that in order to turn the Vape Society Website into a sophisticated and more successful website, a lot of work and revisions were required.  All of the writing needed to be redone; all product descriptions needed to be redone such that they were unique and accurate; proper back links, better photos, logo watermarks had to be applied and a Google+ page were needed to generate better

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

traffic, to name a few things.

**L.      Vape Society Supply Hires Kennedy**

48.      Impressed by the critique of the Vape Society Website given by Kennedy, Zeiadeh asked Kennedy if he would be interested in assisting Vape Society with the development of a sophisticated website – whether that is revising the existing site or starting anew.  Kennedy showed interest in the opportunity, so Zeiadeh told him that because he and Abufarie were equal owners of Vape Society, Zeiadeh lacked the ability to unilaterally hire Kennedy.

49.      About one-week later, Kennedy attended a meeting / interview at the High Society Warehouse with Abufarie and Zeiadeh to further discuss employment opportunities with Vape Society.

50.      At the meeting, Abufarie and Zeiadeh told Kennedy they needed assistance with the Vape Society Website, and in particular, with SEO.  They were interested in becoming industry leaders through the utilization of SEO.  They wanted Kennedy to write all the content for the Vape Society Website and utilize his SEO skills to establish a solid online presence. Kennedy agreed to work for Vape Society as an independent contractor.[6]  He agreed that he would keep all of his work related to the website confidential and that he would not assist any other vape company with SEO.

**M.      Kennedy Begins Revamping the Vape Society Supply Website**

51.      As soon as Kennedy was hired, he immediately began work on the Vape Society Website.  This became a full-time endeavor that caused him to work at least forty-five (45) hours per week, with some weeks as high as eighty (80) hours.

52.      Kennedy began building an online presence for Vape Society through the use of SEO and he began re-writing all of the content for the Vape Society Website. For each product sold on the Vape Society Website, Kennedy had to create a custom

---

[6]      In or around October 2015, Kennedy became a W-2 employee of the general partnership dba Vape Society Supply, and subsequent to incorporation, became and continues to be a W-2 employee of Vape Society Supply Corp.

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

description.

53.     When Kennedy first started, there were approximately three hundred (300) products for sale on the Vape Society Website.  The products were broken down into one of two categories: e-juice or hardware.  Under the e-juice category were hundreds of flavors of e-juice from various manufacturers.  Under the hardware category, the following types of products were sold:  box mods, starter kits, mechanical mods, rebuildables, battery chargers, batteries, building wire and replacement coils.

54.     Kennedy studied and sampled each product to create custom content describing that product.  He then uploaded his work onto a shared Google document (the "Master Google Document").

55.     Prior to having access to Shopify, Kennedy put his work on the Master Google Document.  He had permission from Abufarie and Zeiadeh to back-up all his work on this log.  He didn't have full access to the Vape Society Website, so he couldn't do live updates to the site.  This was the "working document," with numerous tabs that allowed users to see who made changes.

56.     Only Kennedy, Abufarie and Zeiadeh had access to the Master Google Document.

        1.     Kennedy Writes Product Descriptions for the Vape Society Supply Website

57.     For each product, Kennedy wrote-up what the product was, what it does, product features, the manufacturer, colors, specifications, what was included and the cost.  Of the 987 products sold on the Vape Society Website, Kennedy wrote the custom product descriptions and content for the 980 products.

        2.     Kennedy Writes Website Text on the Vape Society Supply Website

58.     Kennedy is a well-known personality in the vape industry.  He is known as an expert in e-juice, and has personally sampled over 2,000 different e-juices.  He is contacted daily by e-juice manufacturers who want him to sample their e-juice, as he

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

is known as the gatekeeper for getting a product onto the Vape Society Website, i.e., he manages quality control of the products Vape Society sells.

59.   Because of his vaping knowledge and expertise, Kennedy is able to write custom content for the Vape Society Website that no other competitor has.  Kennedy puts a lot of time into creating content for each of the approximately 1,000 products that are sold on the Vape Society Website.  He is always mindful of optimizing SEO when it comes to content creation for the website.

### 3.   Kennedy Writes "Our Takeaway" Section of the Vape Society Supply Website

60.   Instead of having a "description" section for each product, as is common on most websites, Kennedy created something called "Our Takeaway" for the Vape Society Website.  He personally samples every e-juice and provides his own take on the product.   This is done in his own creative words.

### 4.   Kennedy Writes Refund and Exchange Policy for the Vape Society Supply Website

61.   Kennedy personally drafted the Refund and Exchange Policy on the Vape Society Website.  This verbiage is not boiler plate or lifted from another website; rather, it is custom to Vape Society.

### 5.   Kennedy Writes Shipping and Handling Policy for the Vape Society Supply Website

62.   Vaping is a delicate industry due to varying regulations throughout the world.  Because Vape Society ships product worldwide, Kennedy is constantly creating custom content for the shipping and handling page on the Vape Society Website to keep up with international regulations and changes.

### 6.   Kennedy Writes Brand Description for the Vape Society Supply Website

63.   The Vape Society Website page titled "Brand Description" is extremely unique.  About sixty (60) brands of e-juice are listed and about twelve (12) of the

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

brands (the top three rows) purchase banner space on this page.

64.     Kennedy wrote a "brand introduction" for each of the nearly sixty (60) e-juice brands represented on this page.  He did not just post the brand's official description.  Instead, he researched each brand and formulated his own unique description.  This method allows Vape Society to boost its own SEO and land higher up on a Google search.  If Kennedy simply lifted each brand's official description from the brand's website, it would boost that particular brand's SEO.  Therefore, by researching the brands and writing up his own unique content, Vape Society benefits from the SEO.

7.     Kennedy Writes the General Certificate of Conformity and Contact Us Pages of the Vape Society Supply Website

65.     Kennedy wrote the custom content on the General Certificate of Conformity and Contact Us pages for the Vape Society Supply Website.

8.     Kennedy Writes Content on the Blog Section of the Vape Society Supply Website

66.     Vape Society has a Blog on the Vape Society Website, for which Kennedy writes content.  The first entry in the blog dates back to July 1, 2015.  There are five (5) pages worth of entries.  Each entry consists of a product review, product comparison or list of certain products under a certain category.

9.     Kennedy Writes Vape Society Supply's Affiliate Program on the Vape Society Supply Website

67.     Kennedy wrote the content for the affiliate program on the Vape Society Website which, among other things, consists of an introduction to Vape Society and why a potential affiliate should choose Vape Society.

68.     To become an affiliate, there is also is a direct link from the Vape Society Website to ShareASale.com, Inc.'s website located at www.shareasale.com. Vape Society has an account / agreement with ShareASale.com, Inc.  Under this agreement, the affiliate hosts Vape Society's link and logo on its website.  Anytime someone is

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

on the affiliate website, clicks on the link and logo of Vape Society and is directed to the Vape Society Website, Vape Society pays a ten percent (10%) commission on all sales to that affiliate.

### 10. Kennedy Creates Email Content for the Vape Society Supply Wholesale Program

69.     A wholesaler must sign up for the wholesale program through Shopify. Once the wholesale buyer is verified, they get direct emails from Vape Society.  The content of these emails is created by Kennedy.  If someone signs up for a wholesale account, all of the logistics are run through Shopify.

### 11. Social Sharing Button on the Vape Society Supply Website – Kennedy Writes Content for Vape Society Supply's Social Media Accounts

70.     The Vape Society Website has social sharing buttons that consist of the official logos and links to the following social media accounts that Vape Society subscribes to: Facebook, Twitter, Instagram, Pinterest, YouTube and Google+ (the "Vape Society Social Media Accounts").  Kennedy has written content displayed on each of these social media outlets.

### 12. Kennedy Creates Flavor Bar on the Vape Society Supply Website

71.     Unlike any other vape website, Kennedy created a "flavor bar" page for the Vape Society Website.  The flavor bar dummies down all the flavors of e-juice that are sold on the Vape Society Website. This is a like an encyclopedia / menu of e-juice flavors.  On the webpage, you will find categories of flavors (i.e. fruity, desert, blueberry, mixed fruit, etc.).  Once you click on a flavor category, all brands offering that flavor category will appear.  This allows a consumer to sift through hundreds of flavors.   In order to classify ambiguous flavors, such as "speechless," Kennedy samples and researches the flavor and then determines what flavor category to place it into.  Each of the forty-three (43) flavor categories requires a custom description. Kennedy created the flavor categories and custom descriptions, Vape Society employee Alan Lopez ("Lopez") created all of the graphics and Vape Society

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

employee Ryan Kennedy ("Ryan") assisted with the organization of the page.

**N.      Vape Society Supply Hires Ryan**

72.     In or about October 2015. Abufarie and Zeiadeh interviewed and hired Ryan[7], the brother of Kennedy, for the position of Vape Society Supply's Website Manager.  Ryan had previously been employed as a data analyst for Local Splash. Ryan was hired to assist Kennedy.  In addition, Ryan was to manage the warehouse team and shipping.

1.      Ryan Conducts Inventory and Updates Shopify

73.     When Ryan commenced working for Vape Society, he noticed that updated products on the Vape Society Website were being purchased even if they were sold out.  There was no inventory system.  Accordingly, Ryan did inventory and updated every product on the Vape Society Website.  He made it so that the Vape Society Website would say "out of stock" when a product was out of stock.  In order to do this, Ryan had to go through each product and change the setting in Shopify so that stock was shown and so that an out of stock item couldn't be purchased.

2.      Other IT Related Tasks Performed by Ryan

74.     After improving the inventory issue for Vape Society, Ryan focused on IT work. Specifically, he helped with product ranks, reviews, graphic design and he set up the technical network for Vape Society.

**O.      Custom Graphics and Photographs on the Vape Society Supply Website and Social Media**

75.     The Vape Society Website is truly sophisticated, with a lot of thought and creativity going into product graphics and photographs.

1.      Vape Society Supply Website's Use of Custom Graphics

76.     For each flavor of an e-juice product on the Vape Society Website, corresponding graphics are placed behind the e-juice bottle so that a customer can

---

[7]     Ryan was initially hired as a W-2 employee of the general partnership dba Vape Society Supply, and subsequent to incorporation, became and continues to be a W-2 employee of Vape Society Supply Corp.

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

determine the flavor of the juice without having to read any text.  For example, apple pie a la mode flavored e-juice is depicted by a photograph of the actual bottle of e-juice, along with a graphic of apple pie and vanilla ice cream.  This makes it easy for a customer to decipher the flavor of the e-juice without even having to read any text.

77.     In addition to custom graphics that portray product flavors, Vape Society also adds customized graphics to each e-juice product photograph.  A red double tear drop logo with the size of the e-juice bottle is placed on the top left hand side of each e-juice photograph on the Vape Society Website.  In addition, a Vape Society watermark is placed in the center of the photograph, with the Vape Society logo placed on the bottom right hand corner of each photograph.

### 2.     Vape Society Supply Website's Photographs

78.     When Zeiadeh first showed the Vape Society Website to Kennedy for his opinion, the website contained approximately three hundred (300) photographs of various products for sale.  These photographs were taken by Zeiadeh for Vape Society.

79.     When Kennedy was hired by Vape Society, he completely revamped the Vape Society Website.  By in or about January 2016, all photographs taken by Zeiadeh for the Vape Society Website had been removed due to lack of quality or product changeover.

80.     In revamping the Vape Society Website, Lopez was in charge of taking all product photographs.  By or in about February 2016, there were approximately 10,000 product photographs for the Vape Society Website.

### 3.     Photograph  Specifics

81.     A special photo booth, with backdrop and lighting, is set up at the Vape Society Warehouse.  Vape Society supplies the camera to take photographs of each item sold on the Vape Society Website.  Each product is depicted through at least 3 to 20 photographs, taken from various angles.

82.     All of Vape Society's photographs are stored on Dropbox (the "Vape

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

Society Dropbox").  There are approximately 10,000 photographs in the Vape Society Dropbox, with approximately 9,000 of these photographs being of existing products sold on the Vape Society Website, whereas approximately 1,000 of the photographs are of previously carried products on the Vape Society Website.

### 4.    Social Media Photographs

83.    In addition to the photographs used on the Vape Society Website, there are approximately 15,000 product photographs that were taken specifically for social media.  Each of these photographs was taken by a Vape Society employee, using a Vape Society camera.

**P.    Vape Society Supply's Successful Use of SEO – Top 1% for Traffic of all Websites in the United States and the World**

84.    Because vape industry websites are unable to pay per click to secure a top spot on a Google search, the only way for a vape industry website to appear as one of the top three websites on a Google search is to maximize SEO.

85.    Unlike other vape industry e-commerce businesses, Vape Society places heavy importance on SEO.  Vape Society's goal was that the Vape Society Website be ranked in the first three spots on Google anytime anyone searched any vape industry product.  Because of their ingenuity, Kennedy, Ryan and Lopez enabled Vape Society to achieve its goal.

86.    To become ranked in the first three spots on Google anytime a search for vape products is conducted, Vape Society made sure that virtually *no* content on the Vape Society Website was from an outside source, such as the manufacturer of a product being sold.  Kennedy spent countless hours developing original content to maximize SEO for the Vape Society Website.

87.    According to the website traffic tracking company Alexa Internet, Inc. (www.alexa.com), as of October 20, 2016, the Vape Society Website is ranked number 21,161 out of approximately 644 million websites in the United States and number 113,015 in the world (out of over 1 billion).  Without extremely sophisticated

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

SEO, it would be impossible to attain the ranks that the Vape Society Website has earned.

**Q.    Shopify – The Backend of the Vape Society Supply Website – Vape Society Supply's Confidential and Proprietary Customer and Financial Information**

88.    The backend of the Vape Society Website on Shopify is where all Vape Society confidential and proprietary business data is stored.  This data includes Vape Society's customer lists, sales reports, monthly revenue, shipping costs, accounts receivable and accounts payable from the inception of Vape Society.  The confidential information contained on the backend of the Vape Society Website provides Vape Society a competitive advantage in the vape industry.

1.    Report Capability on the Backend of the Vape Society Supply Website

89.    The backend of the Vape Society Website allows one to generate customized reports such as sales by sales representative, source of sale (online, wholesale / retail), what products are most popular, sales trends, what products are the best or worst sellers, inventory needs, how much money is flowing into Vape Society each month and various sales trends.  The backend of the Vape Society Website allows for the generation of numerous types of reports to assist in operating the business effectively and efficiently, such as the top purchasers.

2.    Confidential Retail Customer Lists on the Backend of the Vape Society Supply Website

90.    The backend of the Vape Society Website also contains all retail customer lists.  Vape Society's customer list is comprised of over 30,000 clients. Anyone who set up a purchasing account on the Vape Society Website, purchased a product, signed up for the Vape Society Newsletter, wrote a product review or even checked out as a guest was required to provide the following information: name, billing and shipping address, phone number, and email address.

91.    Anyone with access to the confidential backend of the Vape Society

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

Website can access the order history on any one of these 30,000 clients dating back to their first purchase with Vape Society.  It is also possible to view any particular customer's purchasing details such as how often they purchased, the average order amount and how big or small the client was.

92.      In addition to the names and addresses of Vape Society customers, access to the backend of the Vape Society Website will allow a viewer to see every single customer's IP address, Google analytics for that customer and the customer's age.

3.      <u>Confidential Wholesale Customer Lists on the Backend of the Vape Society Supply Website</u>

93.      The confidential backend of the Vape Society Website also contains all wholesale customer lists.  Vape Society has numerous wholesale customers, including large wholesale customers that consistently purchase a substantial amount of product each month, including in excess of $100,000.00.

94.      In addition to names and contact details of each wholesale customer of Vape Society, the backend of the Vape Society Website also contains the wholesaler's business license and purchase history, along with other confidential information to Vape Society.

95.      Vape Society categorizes its wholesale customer accounts as either Tier 1 or Tier 2 accounts.  Depending on the classification of the wholesale account, the customer receives discounted pricing on their orders (the bigger the customer, the lower the prices).  Disclosure of how Vape Society categorizes a wholesale customer could negatively impact Vape Society's relationship with the wholesale customer.

4.      <u>Future Wholesale Clients for Vape Society Supply</u>

96.      All new wholesale inquiries are processed through the Vape Society Website and the information is stored on Zoho, the email server that is linked to Shopify.  Whoever has access to the Vape Society Website and the Zoho email server can create new wholesale accounts.

5.      <u>Vape Society Supply Customer Lists – Special Notes Section</u>

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

97.     Shopify only stores the last four digits of a customer's credit card. However, the confidential backend of the Vape Society Website contains a "notes" section for every client.  In the notes section, anyone with access to the backend can manually enter a full credit card number for a client.  This was the case for many wholesale customers who had requested that the wholesale team at Vape Society keep their credit card number on file because they ordered with such frequency.   Currently, Vape Society has several customers whose full credit card number is stored in the notes section.

98.     Other notes include the type of customer someone was (an Instagram or YouTube personality or a special client) along with buying preferences.  Additionally, the notes section for many wholesale customers stated the specific product preferences that applied to that customer.

6.     Confidential Financial Data on the Backend of the Vape Society Supply Website

99.     Vape Society's confidential financial data on the backend of the Vape Society Website includes monthly sales, taxes owed, profits and losses and the cost price of e-juice.

100.   Currently, Vape Society has oral non-disclosure agreements with about fifty (50) manufacturers of e-juice regarding their pricing.

7.     Website Traffic Data and Statistics on the Backend of the Vape Society Supply Website

101.   Access to the traffic section through the confidential backend of the Vape Society Website is of great importance to Vape Society.  The backend allows access to reports and statistics that detail all internet traffic that causes a customer to arrive to the Vape Society Website.  For example, top product searches, visitors per campaign, the type of device (mobile phone or desktop) that is being used to make a purchase, visitors by referral, and visitors by location can be deciphered from access to the backend of the Vape Society Website.  This information is used by Vape Society to

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

1   work on SEO for the Vape Society Website.

2       102.   Product searches with no results can also be viewed through the

3   confidential backend of the Vape Society Website, which allows Vape Society to

4   determine what vape products are being searched for that Vape Society does not carry.

5   This information allows Vape Society to take into account what products to purchase

6   for its website.

7          8.    <u>History of SEO Campaigns on the Backend of the Vape Society</u>

8   <u>Supply Website</u>

9       103.   The Vape Society Website traffic data and statistics is the lifeblood of the

10  company.  In essence, this is *the* SEO data.  Anyone with access to this information

11  will be able to view Vape Society's work product, which includes each of its SEO

12  campaigns.   These SEO campaigns are precisely what caused Vape Society to

13  become a vape industry leader.  And, this is also the information that causes Vape

14  Society to appear as one of the top three results that customers are directed to after

15  they do a product or keyword search in Google.

16      104.   Additionally, all product related information is contained on the backend

17  of the Vape Society Website, such as the tags, keywords, redirects and unique meta

18  descriptions created by Vape Society.  All of these things aide in ranking the product

19  higher than it would be on competitor websites.

20         9.    <u>Banner Advertisement Information on the Backend of the Vape</u>

21  <u>Society Supply Website</u>

22      105.   Abufarie created an effective and profitable banner advertisement system

23  for Vape Society.

24      106.   The first three (3) banner advertisements that pop up on the Vape Society

25  Website are the most expensive, most recently including Philip Rocke, Carnival and

26  Moo.  There are about thirteen (13) additional paid banner advertisements on the

27  various pages of the Vape Society Website that generate substantial income for Vape

28  Society.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT**
**FOR DAMAGES AND INJUNCTIVE RELIEF**

107.   Currently, Vape Society has an agreement with Ruthless that provides for a banner advertisement on the Vape Society Website from October 5, 2016 through December 4, 2016.  In exchange for this banner advertisement at no cost to Ruthless, Ruthless provided Vape Society with free product.

108.   The confidential backend of the Vape Society Website contains confidential financial information related to its banner advertisement agreements.

10.   The Vape Society Supply Newsletter

109.   Vape Society sent at least two to four newsletters each week to its 30,000 plus retail customers (the "Vape Society Newsletter").  In addition, at least one newsletter was sent to its approximately 3,000 wholesale customers (this newsletter differed from the one sent to retail customers) (the "Vape Society Wholesale Newsletter").  Each of the newsletters varied in length, from 1-2 pages, and consisted of hot / new products and/or promotional sales.

110.   Anytime a Vape Society Newsletter or Vape Society Wholesale Newsletter was emailed to customers, Vape Society would experience an increase in sales.  With respect to the newsletter advertising a normal sale, Vape Society would experience an increase in sales of approximately an additional $1,000.00 per hour, for up to twenty-four (24) hours.  Further, if a newsletter advertised a special "fire" sale, which would only last up to two hours, Vape Society could experience a spike in sales up to $30,000.00 per hour.

111.   Access to the confidential backend of the Vape Society Website will allow a viewer to see both newsletter templates, which include pre-headers, themes, placement and layout.  The application, E-Commerce Email Marketing, which hosts both newsletters, is connected to Shopify and the Vape Society Website.

/ / / /

/ / / /

/ / / /

/ / / /

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

24

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

**R.** **Efforts by Vape Society Supply to Protect Confidential and Proprietary Information**

    1.    Limited Access to the Confidential Backend to the Vape Society Supply Website

112.   A very limited number of Vape Society employees had access to the confidential backend of the Vape Society Website, namely Abufarie, Zeiadeh, Kennedy and Ryan. In order to access the backend of the Vape Society Website, a unique username and password were required. In addition to password protection of the website, Abufarie and Zeiadeh had master administrator capabilities which allowed them to monitor the log-in and log-out times, along with the locations of the user.

113.   Abufarie and Zeiadeh monitored the log-ins and log-outs regularly, and would confirm if Kennedy or Ryan were at a specific location and logged onto the Vape Society Website. This was done to ensure that no outsider was ever on the confidential backend of the Vape Society Website.

    2.    The Highly Confidential Google Master Document

114.   No one could access the highly confidential Google Master Document without an invitation containing a link to it. There were two types of invites, one that would grant the invitee full access and another that would grant the invitee limited access. Full access allows the viewer the ability to edit the document, whereas limited access only allows the viewer to view the document.

115.   As indicated above, Kennedy created the Google Master Document. He only sent full access invites to Abufarie, Zeiadeh and Ryan. Accordingly, only those four Vape Society employees had full access to the highly confidential Google Master Document.

    3.    Communications with Kennedy and Ryan Regarding Confidentiality

116.   Other than Abufarie and Zeiadeh, Kennedy and Ryan were the only

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

1   employees with full access[8] to the highly sensitive confidential and proprietary

2   information of Vape Society, and they were each instructed on the importance of

3   keeping the information confidential.

4         117.   During their respective interviews and periodically throughout their

5   employment with Vape Society, both Abufarie and Zeiadeh stressed the importance of

6   Kennedy and Ryan protecting and keeping secret Vape Society's confidential and

7   proprietary information.

8         118.   In addition, having worked in the digital marketing industry prior to

9   joining Vape Society, both Kennedy and Ryan knew that SEO processes and

10   techniques were to be kept close to the vest at all times because therein lies the

11   success of Vape Society.   Furthermore, Kennedy and Ryan knew that the information

12   they had access to be confidential because it comprised of trade secrets such as Vape

13   Society costs, vendor information and customer lists.  Also, it was made clear to them

14   that if any competitor got a hold of this information, they could easily usurp Vape

15   Society's business opportunities.

16         119.   In addition to having a definite understanding that the backend of the

17   Vape Society Website, the Google Master Document and Vape Society's SEO

18   techniques were proprietary to Vape Society, Kennedy and Ryan also had verbal

19   agreements with Abufarie and Zeiadeh not to take side contract work to cause any

20   conflict of interest.  Furthermore, Kennedy and Ryan also agreed that anything

21   concerning the business of Vape Society could not be spoken about with any

22   individual outside of Vape Society and that SEO techniques could not be shared or

23   taught to others in the vape industry (unless explicit permission was granted by

24   Abufarie and Zeiadeh).

25   / / / /

26

27   _____

    [8]   Other Vape Society employees, such as the shipping manager and sales team,

28   had limited access to Vape Society confidential information so that they could view
orders that needed to be fulfilled.  These employees were also instructed on the
importance of confidentiality.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

### S.     Funding of Vape Society Supply

120.   Pursuant to the Oral Partnership Agreement, Abufarie and Zeiadeh agreed to split all business expenses, including the cost of inventory, which would be the main expense.  Furthermore, Zeiadeh assured Abufarie that he had access to the necessary monies to fund his share of the business expenses, as his father agreed to loan him the necessary monies.

121.   In or about June 2015, and in accordance with the Oral Partnership Agreement, Abufarie suggested that he and Zeiadeh inject capitol into Vape Society for the purpose of proper levels of inventory on hand for Vape Society to sell.  To Abufarie's surprise, Zeiadeh advised him that he was now unable to inject capitol into Vape Society, and the burden would need to rest solely on the shoulders of Abufarie. Realizing the importance of having proper levels of inventory on hand available for sale, Abufarie agreed to loan Vape Society $100,000.00 worth of inventory, consisting of hardware and e-juice, from High Society.

122.  Abufarie and Zeiadeh agreed that in three months, Abufarie would be paid for the $100,000.00 worth of inventory he provided Vape Society, with no interest (the "Loan").   Without the Loan, Vape Society would not have had sufficient levels of inventory to sell on the Vape Society Website, which would have stunted the growth of the new e-commerce business.

123.   To date, the Loan has not been paid back to Abufarie.  Further, Abufarie did not seek payment from Vape Society after three months because he wanted to make sure Vape Society had the necessary working capital on hand to be financially stable prior to paying him monies owed.

### T.     Vape Society Supply Employs Zeiadeh and Abufarie

#### 1.     Vape Society Supply Pays Zeiadeh a Salary

124.   In or about July 2015, Abufarie requested that Zeiadeh devote his efforts to Vape Society on a full-time basis, as he was doing.  Zeiadeh agreed that he needed to devote more than the few hours each evening that he was then working for Vape

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

Society after working a full day at Local Splash.  However, in order to do so, Zeiadeh wanted Vape Society to increase his salary to $5,000.00 a month, which amount he was allegedly making at Local Splash.

125.   Abufarie agreed to Zeiadeh's requested increase in salary to $5,000.00 per month in exchange for Zeiadeh working full-time for Vape Society.  Initially, Zeiadeh just cut his hours at Local Splash, working three days a week for a few hours each day, spending the rest of his time at Vape Society; however, in or about September 2015, Zeiadeh terminated him employment with Local Splash and began working full-time, five days a week, for Vape Society.

126.   Despite all the work and hours Abufarie was putting in at Vape Society, he initially did not seek compensation for it, as he thought it was more important that Vape Society be financially secure, with appropriate working capital.

2.   Vape Society Supply Increases Zeiadeh's Salary and Commences Paying Abufarie a Salary

127.   In or about November 2015, Zeiadeh demanded an increase in salary to $6,000.00 per month from Vape Society.  Because Vape Society's business outlook was good, Abufarie agreed to Zeiadeh's requested increase in salary.  Furthermore, it was agreed that since Zeiadeh was taking a salary, and Vape Society's business outlook was good, fairness dictated that Abufarie should also be paid the same salary as Zeiadeh.

3.   Vape Society Supply Pays for Zeiadeh and Abufarie's Vehicles

128.   In or about October 2015, Zeiadeh and Abufarie agreed that they would each get new vehicles, with Vape Society making the car payments as part of their employment compensation packages.

129.   In or about October 2015, Abufarie was approved for a car loan and purchased a new vehicle.  Abufarie made a down payment of $7,000.00 with his personal funds.  In addition, his monthly car payment was $1,700.00.

130.   For approximately three months, Abufarie personally made his monthly

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

1   car payments, as Zeiadeh was delayed in purchasing a vehicle due to initially being

2   unable to obtain vehicle financing.

3       131.   About three months after Abufarie purchased his vehicle, Zeiadeh was

4   able to get financing to purchase a vehicle.  Accordingly, Vape Society made the

5   required $5,000.00 down payment for Zeiadeh's vehicle and commenced making

6   Zeiadeh's monthly car payments, which were $1,500.00.

7       132.   As Vape Society commenced making Zeiadeh's monthly car payments, it

8   also commenced making Abufarie's monthly car payments.  Further, since Abufarie

9   made the down payment for his vehicle with personal funds, it was agreed that

10   Abufarie was entitled to Vape Society reimbursing him $5,000.00 of the down

11   payment he made, which would match the amount Vape Society paid for the down

12   payment on Zeiadeh's vehicle.  But, rather than taking a check for these monies,

13   Abufarie added this amount to the monies Vape Society owed him.

14       **U.    Due to its Substantial Growth, Vape Society Supply Hires Additional
         Staff and Moves into a Larger Warehouse Facility in Fountain
15       Valley**

16       133.   By in or about November 2015, Vape Society's business began to grow

17   exponentially, requiring it to hire more employees to service its growing customer

18   base.  Accordingly, Vape Society hired more staff, including a receptionist, a secretary

19   and two warehouse workers, along with Kennedy and Ryan, who both worked on the

20   IT team.

21       134.   As a result of hiring additional staff and needing more space to store

22   inventory, Vape Society had outgrown the High Society Warehouse it had been

23   renting space from.  Accordingly, Abufarie and Zeiadeh retained the services of a

24   commercial real estate agent to relocate Vape Society.

25       135.   In or about November 2015, Vape Society relocated from the High

26   Society Facility[9] to its current facility, located at 16520 Harbor Boulevard, Suite D,

27   _____

28   [9]     At or about the time of the move to the Vape Society Warehouse, Abufarie sold
         off the remaining High Society inventory to Vape Society and decided to put the
         business of High Society on the back burner, as the growing Vape Society required all

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

29

Fountain Valley, California, 92708 (the "Vape Society Warehouse"). Because Vape Society was a new business with no prior financials, the lease for the Vape Society Warehouse required that Abufarie and Zeiadeh, in their individual capacity, be listed as the lessees. Furthermore, Vape Society was required to pay a deposit for the last six (6) months of rent, plus the first month rent and a security deposit, totaling $80,000.00 to be paid in advance. Vape Society wrote a check for this amount, but in order to cover the check, Abufarie had to loan Vape Society an additional $37,500.00[10], as Vape Society had insufficient funds to satisfy the full amount of the check and still have sufficient working capital.

136.   Prior to moving into the Vape Society Warehouse, Abufarie and Zeiadeh, on behalf of Vape Society, divided up the task of securing utilities and other services needed for the new facility. Zeiadeh secured the electricity and cable accounts for the Vape Society Warehouse, which he placed in his name. While Abufarie secured the voiceover IP and alarm system for the Vape Society Warehouse, which he placed in his name. Despite these utilities and services being in the names of Zeiadeh and Abufarie, Vape Society made all payments.

## V.   Abufarie Maintained a Ledger of Loans by him to Vape Society Supply that Zeiadeh Reviewed and Approved

137.   Abufarie maintained a hand written ledger on which he noted every loan from him to Vape Society. Abufarie routinely injected cash into Vape Society, including paying $500.00 a month for the Vape Society company van, and he always covered large checks on behalf of Vape Society. Conversely, there was only one occasion on which Zeiadeh covered a check for Vape Society, which amounted to $1,000.00. The day after the check cleared, Zeiadeh paid himself back.

138.   In addition, Zeiadeh would ask for a distribution each time he would go to Jordan. Abufarie didn't need the distribution cash in hand, so he would write it

of his time and energy.

[10]   As a result of Abufarie loaning Vape Society $37,500.00 for its lease deposit for the Vape Society Warehouse, Vape Society now owed Abufarie $137,500.00.

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT**
**FOR DAMAGES AND INJUNCTIVE RELIEF**

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

down as a distribution he was owed by Vape Society.

139.   The first ledger was comprised of all the monies Abufarie lent Vape Society from June 2015 to November 2015, which totaled $137,500.00 (the "First Ledger").  In or about November 2015, Abufarie and Zeiadeh reviewed the First Ledger and agreed upon its accuracy.

140.   Abufarie threw away the First Ledger and started a new one (the "Second Ledger").  The Second Ledger began with the agreed upon owed amount in the First Ledger, $137,500.00.  The Second Ledger was comprised of all the monies Abufarie lent Vape Society from November 2015 to April 2016, which totaled $142,800.00.  In or about April 2016, Abufarie and Zeiadeh reviewed the Second Ledger and agreed upon its accuracy.

141.   After agreeing to the accuracy of the Second Ledger in April 2016, Abufarie created a new ledger (the "Third Ledger").  The Third Ledger began with the agreed upon amount in the Second Ledger, $142,800.00.   The Third Ledger is an accounting of credits and debits of monies Vape Society owes Abufarie, from April 2016 to present, which currently totals $115,557.00.

**W.   As Vape Society Supply Proved to be an Overnight Success, Abufarie's Responsibilities Increased, Whereas Zeiadeh's Decreased**

142.   In or about the beginning of 2016, as Vape Society's sales multiplied, so did Abufarie's job responsibilities.  Abufarie's job responsibilities included payroll, shipping, inventory, buying, ordering, overseeing accounts payable and receivable, and other day-to-day business operations.  Due to Zeiadeh's lack of business acumen, including little knowledge about the way Vape Society functioned on a day-to-day basis, Abufarie could not rely on Zeiadeh increasing his job duties.

143.   Contrary to Abufarie's increasing workload, Zeiadeh's workload actually started to diminish as the business of Vape Society expanded.  In fact, Zeiadeh had passed nearly all of his digital marketing and SEO responsibilities to Kennedy and Ryan.  Further, while Abufarie worked a full week, Zeiadeh cut his hours, wherein he

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

would not even arrive to work until around the lunch hour, yet leave at the same time as Abufarie, who opened up the Vape Society Warehouse on a daily basis.

144.  Of note, Shopify allows administrators to view who logs in and out of the confidential backend of the Vape Society Website, including the type of work they are doing for the Vape Society Website when logged in.  According to Shopify, until recently when Zeiadeh was planning his exit from Vape Society, Zeiadeh last logged onto the backend of the Vape Society Website in or around March 2016.  His last log ins indicate that the only work Zeiadeh did was testing some different applications ("Apps") on the Vape Society Website.

145.  On or about May 31, 2016, after much frustration that Zeiadeh wasn't putting in enough hours at Vape Society, Abufarie proposed that he and Zeiadeh alternate coming in to open the Vape Society Warehouse at 9:00 a.m.  Zeiadeh agreed to the proposal, but after a few days, the burden of opening the Vape Society Warehouse at 9 a.m. returned to the sole responsibility of Abufarie.

## X.  Vape Society Supply Hires Berio and Longoria to Support the Growing Needs of the Business

146.  Due to the increasing sales and resulting workload at Vape Society, Abufarie needed assistance with managing the day-to-day business operations. Accordingly, in or about June 2016, Vape Society hired Miguel "Mike" Berio ("Berio") and Felipe "Phil" Longoria ("Longoria").  Berio was hired full-time, with his duties including making sure Vape Society was compliant in all aspects of human resources, such as payroll, insurance, taxes, etc.  Longoria was hired part-time as Vape Society's controller, wherein he would work a few hours a day, 2-3 days a week.

## Y.  Corporate Formation – Vape Society Supply Corp.

147.  Pursuant to the Oral Partnership Agreement, Abufarie and Zeiadeh had agreed to incorporate Vape Society.

148.  In or about October 2015, Abufarie and Zeiadeh approached Vape Society's accountant about incorporating.  By virtue of Vape Society's growth and

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

their future forecasts, Abufarie and Zeiadeh wanted the protections that come from incorporation.  However, upon the recommendation of the accountant, Abufarie and Zeiadeh deferred the action until 2016.

149.   In or about June 2016, Vape Society again pursued the incorporation of Vape Society.  Due to the exponential growth of Vape Society, Abufarie and Zeiadeh had become increasingly concerned about potential personal liability in operating the business, so incorporating became a priority in their minds.  In addition, they understood incorporating Vape Society would result in tax advantages.

150.   In incorporating Vape Society, Abufarie and Zeiadeh transferred all the assets and liabilities of their general partnership into the corporation, with each of them continuing to own fifty percent (50%) of Vape Society.  Accordingly, in exchange for Abufarie and Zeiadeh's equal shares of stock in the corporation, all the assets of the general partnership were placed in the corporation, including, but not limited to the Vape Society domain vapesocietysupply.com, the Vape Society Website (including the confidential backend), the lease for the Vape Society Warehouse, Vape Society's product inventory, the Vape Society Partnership Bank Account and the confidential and proprietary information of Vape Society.  In addition, all debts of the general partnership, including, but not limited to the outstanding loans and distributions payable to Abufarie would also be transferred into the corporation.  Finally, both Abufarie and Zeiadeh, along with all the other employees of Vape Society became employees of the corporation.

151.   On or about June 28, 2016, the Articles of Incorporation of Vape Society Supply Corp. were filed with the California Secretary of State.  (See the Articles of Incorporation, which is attached hereto as Exhibit "B," and incorporated herein by reference.)

152.   As agreed by Abufarie and Zeiadeh, on or about July 28, 2016, a Statement of Information for Vape Society was filed with the California Secretary of State.  (See the Statement of Information, which is attached hereto as Exhibit "C," and

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

incorporated herein by reference.)  Therein, the Vape Society Warehouse was listed as the principal place of business for Vape Society.  In addition, the officers of Vape Society were listed as follows: Abufarie was the Chief Executive Officer; Berio was the Secretary; and, Zeiadeh was the Chief Financial Officer.  Further, Abufarie, Berio and Zeiadeh also formed the Board of Directors for Vape Society.

153.   After the incorporation, Zeiadeh took on the responsibility of coming up with agreeable Bylaws for Vape Society.  Zeiadeh advised Abufarie that he had personally retained an attorney, Dawood, to draft Bylaws on behalf of Vape Society.  Vape Society is informed and believes that Diab referred Dawood to Zeiadeh.

154.   Once the proposed Bylaws drafted by Dawood were ready, Zeiadeh presented them to Abufarie for his approval.  Abufarie, Berio and Longoria reviewed the proposed Bylaws and found that many provisions were incomplete, one-sided, ambiguous or poorly written.  Accordingly, Abufarie did not agree to the proposed Bylaws; instead, he gave Zeiadeh his edits and asked that Zeiadeh have his attorney Dawood redo the Bylaws accordingly.  Zeiadeh took Abufarie's edits, but never presented a new set of Bylaws for execution.

**Z.     Zeiadeh Certifies that the Vape Society Supply Website is a Corporate Asset of Vape Society Supply Corp.**

1.     SSL Extended Validation

155.   The SSL Extended Validation is something you must purchase and install onto your server.  It is installed to prevent someone from taking over a website and it ensures security and identity assurance.

156.   In or about July 21, 2016, Zeiadeh purchased an SSL Extended Text File for Vape Society and acknowledged that the Vape Society Website belonged to the corporation.  In order to procure the SSL Extended Validation, among other corporate documents, Zeiadeh had to submit Vape Society's Articles of Incorporation.

2.     GlobalSign Website Identification and Certification

157.   On or around September 14, 2016, Zeiadeh registered the Vape Society

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

Website as belonging to "Vape Society Supply, Corp" and secured the website certification.  This certification causes a green bar to appear at the top of the Vape Society Website, where the URL is housed.  The green bar states the website belongs to "Vape Society Supply Corp. [US]."  Further, a small lock icon appears and if you hover over it, it allows you to click for more information.  After clicking, a message appears that "GlobalSign has identified this site as: Vape Society Supply Corp. Fountain Valley, California US."  It further states that "this connection to the server is encrypted."

## AA.   Zeiadeh Demands an Increase in Salary From Vape Society Supply Corp.

158.   In or around July 2016, following the incorporation of Vape Society, Zeiadeh, now a W-2 employee of the corporation, demanded that his salary be increased to $15,000.00 a month, to be paid bi-monthly.  As a result of the demand, Abufarie, Zeiadeh and Berio had a meeting and agreed that the salary of Abufarie and Zeiadeh would be raised to $15,000.00 a month.

159.   Vape Society Supply Corp.'s employee payroll is processed by ADP.  Commencing with Zeiadeh's paycheck of July 20, 2016, Zeiadeh began receiving his monthly salary of $15,000.00, paid bi-monthly.  (See the Payroll Summary, which is attached hereto as Exhibit "D," and incorporated herein by reference.)

## BB.   Abufarie Takes Over the Buyer Responsibilities for Vape Society Supply Corp.

160.   In or about August 2016, Abufarie took over purchasing inventory for Vape Society.  Unlike his predecessor, Abufarie placed daily versus weekly orders.  He ordered what Vape Society needed on a daily basis, not weekly.  Accordingly, the amount of overstock started to diminish and this resulted in more money going into the Vape Society's bank account, because Vape Society was selling through inventory already on hand, and spending less on product purchasing.

161.   When Abufarie took over the buyer responsibilities, Vape Society owed

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

approximately $250,000.00 to several e-juice vendors whom Vape Society was on 30-day terms.  Due to Abufarie's more strategic daily buying, Vape Society was able to pay-off this entire debt in a short amount of time.

## CC. **Suspicious Behavior by Zeiadeh**

### 1.    Zeiadeh Takes Vape Society Supply Corp.'s Photographs

162.   In or about September 2016, Zeiadeh approached Lopez and informed him that he wanted access to the Vape Society photographs of hardware.  He then changed course and asked for access to all of the Vape Society photographs.  Zeiadeh said that he needed the photographs for a third party company that would advertise for Vape Society.

163.   Zeiadeh told Lopez that, if possible, he wanted to download the Vape Society photographs onto a server.  Lopez stated that this would be impossible due to the sheer number of photographs.  Instead, Lopez could provide Zeiadeh a link to the Vape Society Dropbox folder so that Zeiadeh could view the photographs.

164.   Access to the Vape Society Dropbox allowed Zeiadeh to view the Vape Society photographs only; he could not edit, add or delate, but he could download the photographs.  After downloading the photographs, Zeiadeh could then remove the watermark and logo, and resave every photograph.

165.   When Lopez found out that Zeiadeh had abandoned his employment with Vape Society and wrongfully taken the Vape Society Website, he immediately went into Vape Society's Dropbox folder and unshared Zeiadeh's access to it.  Now, Zeiadeh can no longer view the photographs.  But, such action taken by Lopez is of little consequence, as Vape Society is informed and believes that Zeiadeh already downloaded all the Vape Society photographs.

### 2.    Zeiadeh Seeking Access to Financials of Vape Society Supply Corp.

166.   In the weeks leading up to Zeiadeh abandoning his employment with Vape Society, he was insistent on gaining control of Vape Society's 2015 tax return,

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

36

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

financial documents, bank statements and invoices.  In retrospect, Vape Society is informed and believes that Zeiadeh wanted access to all these financial documents for nefarious purposes; clearly, he wanted to show the financial status of Vape Society to a potential buyer.

### 3.   Zeiadeh's Written Questions

167.   Beginning in or about September 2016, Zeiadeh started taking extended lunches.  On approximately 3-4 occasions, Zeiadeh would return with a handwritten list of questions that appeared to be in handwriting other than his, and ask Berio for answers.  Berio found this to be very strange and uncomfortable.  Some of the questions Zeiadeh asked were:  "How do we increase the company credit lines;" "Should we stay a C Corporation or become an S Corporation;" and "How do we get Vape Society a D&B rating."

168.   It was obvious to Berio that Zeiadeh was being coached by someone to ask those questions.  Several times, Berio complied, such as signing Vape Society up for a D&B rating.  However, Berio was extremely uncomfortable with the fact that he believed Zeiadeh was being coached to ask about very sensitive confidential information of Vape Society.

### 4.   Zeiadeh's Odd Behavior

169.   Ehab Abufarie ("Ehab") is Abufarie's younger brother.  Ehab does not work for Vape Society, but is a well-known person in the vape industry because he is a successful e-juice manufacturer.  Ehab would stop by the Vape Society Warehouse nearly every day, up to several hours.  Ehab and Zeiadeh were good friends, and anytime Ehab visited the Vape Society Warehouse, Ehab would usually socialize with Zeiadeh.

170.   In or about August 2016, Ehab began to see a change in Zeiadeh's work ethic at Vape Society.  Zeiadeh seemed distracted, paranoid, and unattached to Vape Society.  In addition, Zeiadeh shortened his hours and was only coming in to work at Vape Society for a few hours a day.  Ehab also noticed that once Zeiadeh returned

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

1  from his trip to Jordan in September 2016, he was reserved and not as friendly

2  towards him.

3      **DD.   West Coast Vape Supply Background**

4          1.     Vape Society Supply's Relationship with West Coast Vape Supply

5      171.   Vape Society and West Coast Vape were neighbors in Huntington Beach

6  when Vape Society operated out of the High Society Warehouse.  At that time, Vape

7  Society was a new business establishing its footing in the vape industry, whereas West

8  Coast Vape had already established some success in the industry.  In fact, Vape

9  Society bought product from West Coast Vape until West Coast Vape moved to a

10 bigger facility in Huntington Beach.

11     172.   Vape Society is informed and believes that West Coast Vape always saw

12 the SEO work that Vape Society was doing as a threat and even offered Zeiadeh to

13 come work for it.  However, Zeiadeh had no interest in leaving Vape Society to work

14 for West Coast Vape.  When Zeiadeh refused to assist West Coast Vape with its SEO

15 work, West Coast Vape outsourced its SEO needs to India.

16     173.   Although Benyameen and Ibrahim were cordial with Abufarie, and Vape

17 Society and West Coast Vape engaged in friendly competition, Vape Society is

18 informed and believes that Benyameen and Ibrahim had feelings of dislike and

19 jealousy towards Vape Society due to Vape Society's amazing SEO team.

20     174.   Vape Society discontinued purchasing product from West Coast Vape

21 when it moved to its new location because it was no longer convenient to purchase

22 from West Coast Vape.  Vape Society is informed and believes that West Coast Vape

23 was very upset by this decision, because at the time Vape Society purchased

24 approximately $100,000.00 worth of product from West Coast Vape each month.

25     175.   As Vape Society started to gain popularity and take the vape industry by

26 storm, the tables were turned in that West Coast Vape started to actually purchase

27 products from Vape Society.  Vape Society had shot straight to the top and West

28 Coast Vape was left behind.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

38

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

2.     West Coast Vape Supply Offers to Purchase Vape Society Supply

176.   On one occasion, Benyameen approached Abufarie and Zeiadeh and stated that he wanted his holding corporation, Vapetek, Inc., a Delaware corporation ("Vapetek"), to purchase Vape Society.  However, instead of paying Abufarie and Zeiadeh, Benyameen would give them shares in Vapetek.  Abufarie and Zeiadeh outright rejected the proposal immediately.

3.     West Coast Vape Supply Offers to do a Joint Venture with Vape Society Supply

177.   On another occasion, Benyameen told Abufarie and Zeiadeh that he wanted to start a website that would sell advertisement space that would be placed on the Vape Society Website.  According to Benyameen, he would be entitled to take a percentage for every customer he brought in to do a paid advertisement on the Vape Society Website.  Once again, Abufarie and Zeiadeh told Benyameen that they were not interested.

4.     Zeiadeh Meets with Benyameen

178.   Vape Society is informed and believes that while Benyameen always wanted Zeiadeh to work for him at West Coast Vape, Zeiadeh had feelings to the contrary, as he never trusted Benyameen.  However, things changed when all of a sudden, in or about September 2016, Zeiadeh and Benyameen started spending time together.

179.   On one instance, Benyameen came to the Vape Society Warehouse in or about early September 2016, to drop off some wires that Zeiadeh had ordered.  Abufarie's wife, Sophie Abufarie ("Sophie"), made a comment referring to Benyameen, but Zeiadeh pretended that he did not know Benyameen.

180.   Another time, Benyameen came to the Vape Society Warehouse to pick up merchandise. While Sophie prepared the invoice, Benyameen stepped outside with Zeiadeh and they were quietly speaking about something.  Abufarie happened to walk outside and all of a sudden the two stopped talking.  Abufarie sensed that they were up

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

to something, as did Sophie.

181.   Also, in or about the last two weeks of September 2016, just days before Zeiadeh abandoned his employment with Vape Society and wrongfully took the Vape Society Website; Benyameen would come to the Vape Society Warehouse and sit with Zeiadeh in his office, behind closed doors.

182.   Abufarie and other Vape Society employees found it strange that Zeiadeh, who once purported to dislike Benyameen, was now spending a lot time with Benyameen.  When Abufarie asked Zeiadeh what he and Benyameen were meeting and talking about on so many occasions, Zeiadeh nervously stated that he and Benyameen were working on helping an e-juice manufacturer.

### EE.   Dawood – Zeiadeh's "Attorney"

#### 1.   Abufarie Receives a Telephone Call From "Attorney" Dawood

183.   On or about October 3, 2016, Abufarie received a telephone call from Dawood.  Dawood stated that he was an attorney calling on behalf of his client, Zeiadeh.  Dawood said the purpose of his call was to set up a meeting between himself, Abufarie and Zeiadeh, wherein they could sit together and discuss Abufarie buying out Zeiadeh's interest in Vape Society.  Abufarie responded "I'm not sitting down with you – let my lawyer sit with you."  Dawood responded that he could step out of the meeting whenever needed and that it was unnecessary for Abufarie to bring an attorney to the meeting.  Abufarie said he would have his attorney deal with Dawood and hung up the telephone.

#### 2.   Diab Offers to Act as a Mediator

184.   Vape Society is informed and believes that Diab is the person that connected Zeiadeh with "attorney" Dawood in the first instance, as that is what Diab later represented to Abufarie.

185.   Diab is a mutual acquaintance of Zeiadeh and Abufarie.  Zeiadeh was never a fan of Diab and referred to him as a shady individual who could not be trusted.  Accordingly, it's strange that Zeiadeh would have used any referral by Diab, let alone

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

40

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

a purported attorney.

186.   On or about October 3, 2016, and after Abufarie refused Dawood's request to meet, Vape Society is informed and believes that Zeiadeh asked Diab to contact Abufarie and request for him to meet with Zeiadeh.

187.   At Zeiadeh's request, on or about October 3, 2016, Diab called Abufarie and stated that he would like to help mediate the situation between Abufarie and Zeiadeh on neutral ground, at his office.  Abufarie declined the invitation to attend the meeting, stating Zeiadeh needed to apologize first for having his attorney contact him.

188.   On or about October 4, 2016, Abufarie had multiple communications (telephonic / text) with Zeiadeh's cousin, Anesse Zeiadeh ("Anesse"), who is an employee of Vape Society.  During those discussions, Anesse persuaded Abufarie to meet with Diab and Zeiadeh, at Diab's office.  Anesse's rationale was that the dispute was obviously a misunderstanding and was only going to be cleared up if Abufarie communicated with Zeiadeh.  Further, if Zeiadeh is only comfortable speaking with Diab present, it is no big deal if Diab is present.  As Anesse stated, Abufarie did not do anything wrong, so there is no reason not to attend.  As a result, Abufarie agreed to attend.

189.   After Abufarie agreed to attend the meeting, Anesse set up the meeting and sent a text to Abufarie with the purported address of Diab's office.  When Abufarie googled the address Anesse provided, he uncovered that it was the address to Dawood's office and not Diab's office, as agreed.  Accordingly, Abufarie was not going to attend the meeting if Dawood was going to be present.

190.   Abufarie then had a telephone call with Diab regarding the meeting, including it being at Dawood's office.  Diab indicated that Zeiadeh will only meet if his attorney was present.  Abufarie objected.  Diab then complained that him trying to act as a mediator was taking up too much of his time.  Accordingly, Diab wanted to be paid by Vape Society.  Abufarie told Diab that Vape Society would not be paying him a penny because Vape Society did not ask for his involvement.  Furthermore, Abufarie

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

explicitly stated that he wanted any dispute to stay between him and Zeiadeh, without others getting involved.  Accordingly, he advised Diab that he would not be attending the meeting.

        3.   <u>Zeiadeh Limits Vape Society Supply's Access to the Confidential Backend of the Vape Society Supply Website and Sends Threatening Text Message</u>

191.   On or about October 4, 2016, in the afternoon, Zeiadeh logged onto the confidential backend of the Vape Society Website and limited Abufarie, Kennedy and Ryan's access privileges to the confidential backend of the Vape Society Website. Vape Society was still able to sell products, but it could not run any reports and it could not offer any discounts.  Minutes later Abufarie and Kennedy discovered what Zeiadeh had done.  As a result, Abufarie sent Zeiadeh a text message objecting to Zeiadeh's actions.

192.   On or about October 4, 2016, at approximately 4 p.m., Zeiadeh replied to Abufarie's text message, sending the following threatening text message to Abufarie and Ehab:

> "Trying to use a 3rd party mediator to help us solve our dispute but you refuse. You have left me no choice but to hire a civil litigator firm to deal with our dispute. I'm in their office now and about to sign a retainer agreement. They will be hiring a forensic accountant to thoroughly review our financial records for trial. This is our last opportunity to try to solve our dispute outside of the court process. Once I sign the agreement it is out of my hand.  If you don't respond I will know your answer." (The "Threatening Text Message.")

        4.   <u>Telephone Call Between Ehab and Zeiadeh Regarding the Threatening Text Message</u>

193.   Upon receipt of the Threatening Text Message, Ehab immediately called Zeiadeh to ask what was going on, because he had no idea what the Threatening Text Message was all about.  Zeiadeh responded by saying that he was sitting with his attorney and that he wanted more money.  Zeiadeh's tone with Ehab was very aggressive, vague and short.  In addition, Zeiadeh stated that he had some evidence of Abufarie stealing corporate funds, but that he needed to hire a forensic accountant, as

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

1   well as conduct an inventory of product at the Vape Society Warehouse to verify.

2   194.   Zeiadeh then stated that his attorney was taking his case on a contingency

3   basis, because he thought it was a solid case and that they were bound to make a lot of

4   money.

5   195.   Zeiadeh also stated that he didn't want to take this matter to court,

6   because Abufarie would go to jail as a result.  But, it was up to Abufarie, as all he

7   needed to do was pay him.

8   196.   After hearing Zeiadeh out, Ehab informed Zeiadeh that it's illegal for him

9   to restrict Abufarie, Kennedy and Ryan's access to the backend of the Vape Society

10  Website, since the website belongs to the corporation.  Zeiadeh responded by saying

11  that he disabled access to the reports on the backend of the Vape Society Website so

12  that no one could manipulate Vape Society's financials.[11]

13  197.   Ehab told Zeiadeh once again that he cannot block access to the Vape

14  Society Website.  Zeiadeh responded by saying "I don't care."  Ehab then heard

15  Zeiadeh's "attorney" speaking to him in Arabic in the background, telling Zeiadeh to

16  hang up the phone.  Accordingly, Zeiadeh hung up the phone and the telephone call

17  ended.

18          5.     The October 5, 2016 Meeting at Office of "Attorney" Dawood

19  198.   On or about October 5, 2016, a meeting took place at Dawood's office,

20  located at 500 N. State College Blvd., Suite 1100, Fullerton, California 92868.

21  Present at the meeting were Zeiadeh, Dawood[12], Patrick Eugene Smith ("Smith")

---

[11]     Zeiadeh's justification for locking Abufarie, Kennedy and Ryan out of the confidential backend of the Vape Society Website is erroneous.  The Shopify platform does not allow for the manipulation of paid invoices.  They are stored in the backend and cannot be altered.  Only a draft invoice can be altered.  Also, there are no open or draft orders that remain in the system for more than one-week, because Abufarie would go through the draft orders on a weekly basis and they would either be converted to a paid order or he would clear them out of the system.

[12]     Dawood advertises as having graduated from a Southern California law school, where he purportedly was a honor student, and having successfully passed the California State Bar Examination.  However, Dawood's name is nowhere to be found on the website of the California State Bar.  Further, Dawood advertises as "serv[ing] California residents with their business and living trust needs instead of pursuing the traditional practice of law."  Moreover, Dawood advertises as being "a registered and

43

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

(who stated he also represented Zeiadeh), Abufarie, Berio and Vape Society's counsel,

Brian Bisol ("Bisol") (the "Meeting").

### FF.    Zeiadeh's Post-Meeting Actions

#### 1.    Zeiadeh Temporarily Grants Greater Access to the Vape Society Supply Website After the Meeting

199.   A few hours after the Meeting, Zeiadeh temporarily granted Vape

Society's employees greater access to the Vape Society Website, but still not full

access.  This greater access at least allowed Vape Society's employees to carry on

with normal business operations.

200.   In an e-mail, dated October 6, 2016, Zeiadeh denied restricting the access

of Abufarie, Kennedy and Ryan to the Vape Society Website, stating:

> "Please be advised that on October 4, 2016, at approximately 2pm, a
> minor feature on the company's website became disabled, which
> restricted access to the company's sales reports.  This issue was
> corrected on October 5, 2016 at approximately 11am."

#### 2.    Zeiadeh Reaches Out to Kennedy After the Meeting

201.   Shortly after the Meeting, on or about October 5, 2016, at or about 12:51

p.m., Zeiadeh sent a text message to Kennedy stating: "did he talk to you?"  Kennedy

responded: "yea he did."  Zeiadeh then sent a text stating he wanted to speak with

Kennedy.  At or about 3:04 p.m., not having heard back from Kennedy, Zeiadeh sent

Kennedy the following text message: "Whatever Al told you, I have it recorded, and if

you want to come by I'll show you. I am talking about today's meeting."   Kennedy

replied stating that he could not meet up that night, but that he would call Zeiadeh

after work.

#### 3.    Zeiadeh Tells Kennedy He Has the Power to Hurt the Vape Society Website and Substantially Damage Daily Sales

202.   After leaving work on or about October 5, 2016, Kennedy contacted

bonded LDA, [that] prides himself in providing unparalleled personal attention to his
clients."

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

Zeiadeh, as requested.  Kennedy did not know the extent of what was going on so he asked Zeiadeh why he had not been in to work.  According to Kennedy, he saw Zeiadeh at the Vape Society Warehouse on Saturday, October 1, 2016, and everything seemed normal.   However, Zeiadeh did not come to work on Monday, October 3rd or Tuesday, October 4th.

203.   When Kennedy asked what was going on and why Zeiadeh was not coming into work, Zeiadeh responded by stating that Abufarie is a thief, Abufarie is scamming everybody and stealing.  Zeiadeh mentioned that he was pulling bank records and that he had been digging around for the past three weeks.  He was adamant that he would find the proof he needed to support his accusations against Abufarie.  Zeiadeh then stated that he did not trust Abufarie because Abufarie had several family members that were employed by Vape Society.  Zeiadeh further indicated that he was trying to reach a buy-out amount with Abufarie through his lawyer, so they could avoid going to court.

204.   Kennedy asked Zeiadeh if he was able to find any proof against Abufarie to substantiate his accusations.  Zeiadeh responded that he had no proof and that is why he was diligently digging around in hopes of finding something.   Zeiadeh then said to Kennedy:

> "You know, if I want to, I can hurt the site. I can make the sales go down to $5,000.00 or even lower each day.  But I'm not going to do it – if I wanted to do it, it would have happened already."

205.   Zeiadeh concluded the telephone conversation by advising Kennedy not to trust Abufarie.

> 4.   Zeiadeh Abandons his Employment with Vape Society Supply

206.   On or about October 6, 2016, in an email, Zeiadeh stated:

> "Please be advised that due to a hostile work environment at the company, I will be performing my work responsibilities remotely from my home office."

In addition, Zeiadeh indicated that he would be at the Vape Society Warehouse the following day to pick-up documents, but Zeiadeh did not show up then or ever again.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

In fact, he ceased providing any services for Vape Society and instead abandoned his employment.

5. Zeiadeh Once Again Restricted Access to the Confidential Backend of the Vape Society Supply Website

207. On or about October 6, 2016, in the afternoon, Zeiadeh once again restricted Vape Society's access to the confidential backend of the Vape Society Website.

208. As a result of Zeiadeh restricting Vape Society's access to the confidential backend of the Vape Society Website, on or about October 6, 2016, at approximately 7:07 p.m., Bisol sent an email to Smith demanding that Zeiadeh immediately relinquish full access and control of the Vape Society Website to Vape Society.

GG. **Zeiadeh Attempts to Shutdown Vape Society Supply's E-Commerce Business Operations and Put Vape Society Supply Out of Business**

1. Zeiadeh Revokes Vape Society Supply's Access to the Vape Society Supply Website, Including the Confidential Backend

209. On or about October 6, 2016, at approximately 9:00 p.m., Abufarie tried logging on to the confidential backend of the Vape Society Website to check on daily sales. This is when he discovered that Zeiadeh had completely locked out all of Vape Society Supply's employees from accessing the Vape Society Website.

210. From on or about October 6, 2016, at approximately 9:00 p.m., to present, Vape Society has been unable to access or control the Vape Society Website, including the confidential backend. Accordingly, Vape Society has been unable to fulfill any orders purchased by its customers on the Vape Society Website. Moreover, it has been unable to access its confidential and proprietary customer and financial information on the backend of the Vape Society Website.

/ / / /

/ / / /

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

46

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

2.   Zeiadeh Changes Vape Society Supply's Passwords for its Social
Media Accounts

211.   On or about October 7, 2016, in the morning, Vape Society discovered that Zeiadeh had changed all Vape Society's passwords on all of the Vape Society Social Media Accounts.

212.   From on or about October 7, 2016, in the morning, to present, Vape Society has been unable to access or control any of the Vape Society Social Media Accounts.  Accordingly, Vape Society has been unable to communicate with any of its social media followers, including responding to negative feedback due to Vape Society losing access and control of the Vape Society Website, along with being unable to fulfill orders made on the Vape Society Website.

3.   Zeiadeh Prevents Vape Society Supply from Accessing its Account
with Shipping Easy

213.   On or about October 7, 2016, in the morning, Vape Society discovered that Zeiadeh had also taken away Vape Society's access to its account with its vendor Shipping Easy.  Accordingly, Vape Society had to go through the process of opening a new account with Shipping Easy in order to be able to ship product to its customers again.

4.   Zeiadeh Prevents Vape Society Supply from Accessing its Email
Account with Zoho Corporation

214.   On or about October 7, 2016, in the morning, Vape Society discovered that Zeiadeh had also taken away Vape Society's access to its email account with Zoho.

215.   From on or about October 7, 2016, in the morning, to present, Vape Society has been unable to access or control Vape Society's email account with Zoho.  Accordingly, Vape Society has been unable to access its historical / saved emails or send / receive emails.  Therefore, Vape Society has been unable to communicate via email with its customers or vendors.  Instead, Zeiadeh has had complete control over

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

1    reviewing and responding to Vape Society's emails.

2        5.    Zeiadeh's Attorney Contends Zeiadeh Owns the Vape Society
              Supply Website and Demands Abufarie Buy-Out Zeiadeh's
3             Interest in Vape Society to Have Access and Control of the Vape
              Society Supply Website Returned
4

5        216.   On or about October 7, 2016, in the morning, Bisol had a telephone

6    conference with Smith.  At that time, Smith was informed that Zeiadeh had

7    completely revoked Vape Society's employees' access to the Vape Society Website,

8    including the confidential backend, thereby shutting down the ongoing e-commerce

9    business operations of Vape Society.  Smith was to discuss with Zeiadeh.

10       217.   On or about October 7, 2016, in the early afternoon, Bisol had a second

11   telephone conference with Smith.  At that time, Smith informed Bisol that it was

12   Zeiadeh's position that he owned the Vape Society Website and that he could and

13   would do whatever he wanted with it, including permanently revoking access to Vape

14   Society.  Further, Smith informed Bisol that Zeiadeh was willing to return access and

15   control of the Vape Society Website to Vape Society if Abufarie would buy-out

16   Zeiadeh's interest in Vape Society for $1,000,000.00.

17       6.    Zeiadeh's Communications with his Cousin

18       218.   On or about October 7, 2016, Anesse found out that Zeiadeh had virtually

19   shut down Vape Society's e-commerce business operations by taking away Vape

20   Society's access to the Vape Society Website.  Feeling ashamed of his cousin's

21   actions, Anesse contacted Zeiadeh in hopes of resolving the situation.

22       219.   When Anesse spoke with Zeiadeh, Zeiadeh told Anesse that he had no

23   proof that Abufarie stole any money from Vape Society, but he felt they should have

24   had more money.  Anesse stated that all misunderstandings could be clarified if

25   Zeiadeh simply sat down with Abufarie and reviewed everything.  Anesse told

26   Zeiadeh he was overreacting and being paranoid.  Anesse pleaded with Zeiadeh to

27   give Vape Society its website back.  In response, Zeiadeh stated he would not be

28   giving Vape Society its website back and to let Abufarie know that he was leaving the

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

48

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

United States and heading back to Jordan.

### HH. West Coast Vape Supply Claims to Have Purchased the Vape Society Supply Website

#### 1. Purchases on the Vape Society Supply Website Redirected to West Coast Vape Supply

220. Vape Society is informed and believes that on or about the evening of October 6, 2016, Zeiadeh gave access and/or control of the Vape Society Website to West Coast Vape.

221. Vape Society is informed and believes that on or about the evening of October 6, 2016, the gateway code on the confidential backend of the Vape Society Website was changed by Zeiadeh, West Coast Vape, Benyameen or Ibrahim. Specifically, Vape Society's gateway code was replaced by the gateway code of West Coast Vape. Accordingly, this would cause all monies from credit card purchases on the Vape Society Website to be diverted to West Coast Vape's gateway and merchant processor. As such, all monies from purchases on the Vape Society Website would be deposited into West Coast Vape's bank account, and not that of Vape Society.

222. On or about October 7, 2016, a walk-in customer came to the Vape Society Warehouse to pick-up an order in store that he had just purchased on the Vape Society Website. The order indicated that the merchant for the purchase was West Coast Vape.

223. Confused by the order of the walk-in customer, Abufarie immediately went onto the Vape Society Website and made a purchase. His receipt was the same as the walk-in customer, stating as follows:

> Merchant Contact Information
>
> West Coast Vapor Supply
> Huntington Beach, CA 92649
> US
> sales@westcoastvapesupply.com

Abufarie then looked onto his online banking and it showed that the funds for the

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

purchase he made on the Vape Society Website went to West Coast Vape.

### 2.    Shopify Blocks Access to the Vape Society Supply Website

224.    On or about October 7, 2016, and immediately after verifying that orders on the Vape Society Website were being redirected to West Coast Vape, Abufarie contacted Shopify.  At that time, Abufarie notified Shopify that West Coast Vape had apparently unlawfully gained access and/or control of the Vape Society Website. Further, Abufarie requested that Shopify immediately transfer control over the Vape Society Website back to Vape Society.  In addition, Abufarie contacted West Coast Vape's merchant processor and demanded that it immediately freeze the gateway of West Coast Vape so that customers were not defrauded.

225.    Shortly after Abufarie's telephone call to Shopify, Shopify blocked West Coast Vape, Zeiadeh and Vape Society from accessing the backend of the Vape Society Website until the situation could be resolved.

226.    Shopify initially indicated that it would return access and control of the Vape Society Website to Vape Society upon the providing of certain documents to prove ownership of the Vape Society Website to its satisfaction.  Vape Society produced the requested documentation.  But, Vape Society is informed and believes that Zeiadeh also became aware that he too had been blocked by Shopify, so he contacted Shopify and claimed that he was the rightful owner of the Vape Society Website. As a result, Shopify stated that unless the two parties claiming ownership could come to an agreement or if Shopify received a court order, Shopify would not release the Vape Society Website to anyone.

### 3.    Abufarie's Communications with West Coast Vape Supply Principals Benyameen and Ibrahim

227.    On or about October 7, 2016, and after Abufarie uncovered that customers were being defrauded into thinking they were purchasing from Vape Society, but West Coast Vape was routing all money to its own merchant processor, Abufarie called Benyameen and asked what he and Zeiadeh were doing.  Benyameen

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

1    replied that he had no idea what Abufarie was talking about.  When Abufarie

2    explained to him what was going on, Benyameen completely denied everything and

3    stood firm that he had no idea what was going on.  Abufarie then called Ibrahim and

4    he also said he had no idea what Abufarie was talking about.

5        228.   Immediately after Abufarie's telephone call with Ibrahim ended,

6    Benyameen called Abufarie and asked why he contacted Ibrahim.  Abufarie stated that

7    something fishy was going on and that he was working on getting to the bottom of it.

8    At that point, Benyameen said "I acquired Vape Society – what are you going to do

9    about it?"  According to Benyameen, he and Zeiadeh made a deal through which West

10   Coast Vape was the new owner of the Vape Society Website, including the

11   confidential backend.  Abufarie ended the telephone call and immediately contacted

12   Shopify to complain, because it was now confirmed that West Coast Vape had full

13   access to the Vape Society Website, including the confidential backend.

14       229.   After his conversation with Shopify, Abufarie called Benyameen back

15   and stated that Zeiadeh did not have the authority to sell the Vape Society Website,

16   because it was owned by the corporation, Vape Society Supply Corp.  Benyameen,

17   changing directions from the prior telephone call, replied that he now didn't want to

18   have anything to do with the Vape Society Website and this was all a big mess

19   between Abufarie and Zeiadeh, to which he did not want to be involved.  Benyameen

20   suggested that Abufarie and Zeiadeh figure things out and hung up the telephone.

21       230.   A few hours after hanging up on Abufarie, Benyameen called Abufarie.

22   This time around, Benyameen was extremely confident on the telephone and stated

23   that he was going to pay Zeiadeh for the Vape Society Website on Monday, October

24   10, 2016.  According to Benyameen, he spoke with Zeiadeh and Zeiadeh told him that

25   the Vape Society Website was under the name "Eric Freeman," an alias used by

26   Zeiadeh.  In addition, pursuant to a discussion Benyameen had with Zeiadeh's

27   attorney, Dawood, Zeiadeh had every right to sell the Vape Society Website,

28   including the confidential backend.  Benyameen even went so far as to accuse

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

1   Abufarie of illegally bringing Berio onto the Board of Directors of Vape Society and

2   "double-teaming" on Zeiadeh.

3       231.   During the same telephone call, Benyameen confirms that he had access

4   to the Vape Society Website since Thursday, October 7, 2016, at approximately 8 p.m.

5   In addition, he stated that Zeiadeh showed him the confidential backend of the Vape

6   Society Website.  This corresponds with the time that Abufarie realized that Vape

7   Society was completely blocked from accessing the confidential backend of the Vape

8   Society Website.

9       232.   Benyameen, also during the same telephone call, stated that he had

10  intended on transferring the purchase price monies to Zeiadeh on that same day.

11  However, he was going to wait to make the transfer of the monies to Zeiadeh on the

12  morning of Monday, October 10, 2016, because Shopify had locked West Coast Vape

13  out of the confidential backend of the Vape Society Website.  Benyameen then said

14  "no matter what, I will take this site over, I don't care who owns it, it doesn't matter if

15  Tariq [Zeiadeh] is the owner or you, I'm going to own Vape Society."  Abufarie

16  responded with "over my dead body" and the conversation was terminated.

17      233.   Ibrahim called Abufarie shortly thereafter.  Ibrahim reassured Abufarie

18  that he did not know what was going on.  Ibrahim indicated that this was all a surprise

19  to him and he was trying to get in touch with Benyameen to get to the bottom of

20  things, but Benyameen was avoiding him.

21          4.   Ehab's Communications with West Coast Vape Supply Principal
            Ibrahim
22

23      234.   On or about October 7, 2016, Abufarie informed his brother Ehab that

24  Vape Society no longer had access or control of the Vape Society Website, including

25  the confidential backend, effectively shutting down the e-commerce business.

26  Moreover, Ehab was informed that West Coast Vape was claiming that it purchased

27  the Vape Society Website from Zeiadeh.

28      235.   After being so informed by Abufarie, Ehab promptly called Ibrahim to

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

see what was going on. Ehab asked Ibrahim if he thought what they were doing was right. Ibrahim led on as though he did not know what Ehab was referring to. Ehab then said "I know you guys are jealous of my brother [Abufarie] and his success, but I didn't know you would stoop this low." At that point, Ibrahim claimed that he had been out of town for a week and didn't know too much, but confessed of having some knowledge of Benyameen's and Zeiadeh's actions. Ehab then asked "do you think this is right Mike?" Ibrahim then admitted "no, it's not right." Ehab then stated "everyone in the industry will know what you did and what big crooks you are." Ibrahim then responded by saying "my company [West Coast Vape] didn't do shit, this was all Tariq [Zeiadeh] and Alham [Benyameen]."

236.   Later that day, after Shopify blocked all parties from accessing the Vape Society Website, Ehab returned Ibrahim's call and Ibrahim said "we don't have access anymore!" Ehab replied by stating "I thought you said to me earlier that you didn't have anything to do with this Mike." Ibrahim then responded "I meant to say Alham [Benyameen], Alham [Benyameen] doesn't have access."

237.   That evening, Ehab called Ibrahim again. At that time, Ibrahim started bashing on his business partner, Benyameen. Ibrahim said "I talked to Alham [Benyameen] a little bit, but I don't know what the fuck I'm going to do with that guy, because now he's gotten us involved in this bullshit." Ibrahim claimed he had nothing to do with the taking of Vape Society's Website. He then stated "Alham [Benyameen] is mentally retarded, he has turrets, he is mentally incapable and there is something mentally wrong with him. I have a bad working relationship with him and we fight all the time." Ibrahim then went on to try and convince Ehab that he thought that Benyameen personally purchased the Vape Society Website, insisting that his company, West Coast Vape, did not make the purchase. Ibrahim then stated that Benyameen no longer wanted the Vape Society Website, and concluded the call stating he wanted to get out of the vape industry and enter the cannabis business.

238.   On or about October 8, 2016, very late in the evening, Ehab ran into

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

Ibrahim at Taqueria Mexico, in Westminster.  At that time, Ibrahim revealed that he was frustrated by Benyameen's actions, as West Coast Vape had just settled a lawsuit wherein West Coast Vape, Benyameen and him were sued under similar circumstances and would now likely be sued again.[13]  Ibrahim went on to question the "mental capacity" of Benyameen.  Ibrahim once again stated that Benyameen would not be going through with the purchase of the Vape Society Website, as he was "over it" once Shopify took away his access to the Vape Society Website.  Ibrahim revealed that Benyameen had just left for a vacation to Hawaii and was "clearing his head" due to the current "mess."  But, despite the "mess," Ibrahim stated that Zeiadeh was currently working for Benyameen to improve the West Coast Vape website.  Finally, Ibrahim indicated that West Coast Vape had not been doing great, which was another reason he wanted to leave the vape industry and get into the cannabis business.

239.   On or about October 10, 2016, Ehab called Ibrahim.  As Ibrahim placed blame on the situation with Benyameen and Zeiadeh, Ehab suggested that he cooperate and meet with Abufarie's private investigator and provide a statement. Ibrahim responded that he was "not meeting with shit."  Ibrahim indicated that he just wanted this to all go away.  He then revealed that his personal merchant account was used on the Vape Society Website from October 6-7, 2016.  Accordingly, when a consumer made a purchase, his cell phone number would show up on the consumer's bank statements.  Further, he was now getting calls from consumers that made purchases on the Vape Society Website claiming fraud.  In fact, he stated that a lady called him and stated that she reported him to the Huntington Beach Police Department claiming she got scammed.  As such, Ibrahim claimed he was currently busy refunding monies to consumers that made purchases on the Vape Society Website when West Coast Vape was in control, as he didn't want any problems with the police.  Ehab then inquired as to how his personal merchant account ended upon

---

[13]     *Ronica Holdings Limited v. West Coast Vape Supply, Inc., et al.*, USDC, Central District of California, Case no. 8:16-cv-00597-BRO-E, which was dismissed on or about August 24, 2016.

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

on the Vape Society Website.  Ibrahim blamed Benyameen and Zeiadeh, claiming

they must have done it.  Ehab then pointed out that it would be difficult for

Benyameen and Zeiadeh to do this without his knowledge, as they would need to have

his personal gateway code.  Ibrahim had no response.

> 5.    Ehab's Communications with Zeiadeh

240.    On or about the evening of October 7, 2016, Ehab had multiple telephone

calls with Zeiadeh.

241.    During Ehab's first telephone call with Zeiadeh, Ehab stated that Zeiadeh

had pushed too far by selling the Vape Society Website to West Coast Vape.  Zeiadeh

responded by saying "I don't know what you are talking about."  Ehab then said that

earlier that day, a walk-in customer came to Vape Society to pick-up an order he had

paid for online.  When the customer presented his receipt, it showed that the product

was purchased from Vape Society, but the merchant account information, or where the

payment was going, listed West Coast Vape.  Zeiadeh's only comment was "oh that's

interesting."

242.    Ehab then asked Zeiadeh for an explanation as to what was he thinking.

Zeiadeh responded by saying "I don't care, I'm out. I'm out. I'm just out, that is all

I'm going to say.  Let Al [Abufarie] and whoever took over the Vape Society Website

deal with it.  I'm out, I got my money.  I'm out."  Ehab responded by stating "you

have sold something that you don't own."  To this, Zeiadeh stated "I'm not saying

anything, just that I'm out.  There is no resolution that can be reached.  I had to do

what I had to do and it's already done." At this point, Ehab said "how about Al

[Abufarie] buys you out for the $200,000.00 that you sold the website for?"  Zeiadeh

responded with "Fuck no! Fuck no!"  Zeiadeh then concluded the telephone call by

saying "at least I gave it [the Vape Society Website] to better people."

243.    A second telephone conversation took place between Ehab and Zeiadeh

shortly after the first one.  Ehab asked Zeiadeh what his final price was for Abufarie to

buy him out so that he would not go forward with his attempt to sell the Vape Society

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

Website to West Coast Vape.  Zeiadeh replied "like I said, I gave it [the Vape Society Website] to better people. I built that website, the only reason I'm talking to you is because you aren't threatening me."  Ehab asked "why would I threaten you?" and Zeiadeh responded "I don't know."  Ehab then said to Zeiadeh that what he was doing was not right.  Zeiadeh stated "I got my money, now they can duke it out. This was the only way I would get money out of your brother [Abufarie].  I'm not gonna wait two years and go through the court process."  Ehab responded by saying that Vape Society was beginning the process of filing criminal charges against Zeiadeh.  Upon hearing this, Zeiadeh laughed and said "I don't care, I'm out.  What don't you understand Ehab, I'm out. I'm not there."  Zeiadeh then said that he was getting another call and would call Ehab back.

244.   The third time they spoke that evening, Ehab asked if they were going to be able to resolve this situation or not.  He also informed Zeiadeh that Abufarie and Berio had already gone to the Fountain Valley Police Station.  Ehab asked if Zeiadeh really wanted to waste all his money on an attorney.  Zeiadeh replied by stating "like I said, I already got mine, so I'm out. West Coast [Vape] and Al [Abufarie] can go at it, they will be the ones to pay the fees, I don't care."

245.   Ehab asked if there was any point in talking further and Zeiadeh said "well, I have options.  I have three to four offers for the Vape Society Website."  Ehab asked Zeiadeh what he meant because it was his understanding that he already agreed to sell the Vape Society Website to West Coast Vape.  Zeiadeh replied by saying that he could stop that transaction at any time.  He then said "the people I am dealing with have very deep pockets and they will drain your brother [Abufarie]."

246.   Ehab then said to Zeiadeh that if he had any sense of decency as a human being, that he wouldn't do this.  He asked Zeiadeh if he could sleep at night knowing what he was doing was unlawful.  At this point, Zeiadeh got very upset and started screaming "I can sleep with this, can your fucking brother [Abufarie] sleep with what he did?"  Ehab remained calm and responded by asking Zeiadeh "do you really

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

believe yourself? You have 30 employees that are all against what is going on and they are in shock you would did this, families need to be fed, do you not realize that? If you have any honor or any pride, you'll think about what you are doing.  You don't go and give access to a site that you don't own to anyone, let alone a competitor." Zeiadeh's response was "I'm the one who set up the website."   Ehab said yes, you set up the website for the business, it belongs to the corporation, you work for the corporation."   Zeiadeh replied "No! I own the website."  Eventually Zeiadeh terminated the telephone call stating "let's talk later, I have to go."

247.   The next time Ehab heard from Zeiadeh was on or about October 8, 2016, when he received a text message.  The text message read "it's over."  Ehab took this to mean that Zeiadeh was not going to return the Vape Society Website to Vape Society, but rather go forward with selling it to West Coast Vape Supply.  Ehab has not heard from Zeiadeh since.

6.   <u>Vape Society Supply Reports the Wrongful Taking of the Vape Society Website to the Fountain Valley Police Department</u>

248.   On or about October 7, 2016, Abufarie and Berio, among others, went to the Fountain Valley Police Department to report Zeiadeh's actions of wrongfully taking the Vape Society Website and giving access and control to of the Vape Society Website to West Coast Vape, a competitor of Vape Society, resulting the virtual shut down of the e-commerce business, including jeopardizing the jobs of approximately thirty (30) employees of Vape Society.

249.   Vape Society is informed and believes that the Fountain Valley Police Department is currently investigating this matter for potential criminal charges, with Detective Henry Hsu in charge of the investigation.

7.   <u>News Travels Fast in the Vape Industry</u>

250.   A majority of the companies in the vape industry are located in Southern California, with the substantial majority located in either Orange or Los Angeles Counties, including at least five of the largest in Orange County.  It is a very tight knit

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

57

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT**
**FOR DAMAGES AND INJUNCTIVE RELIEF**

1   community.

2   251.   On or about October 8, 2016, after hearing that West Coast Vape

3   purportedly purchased Vape Society, Abufarie started receiving several telephone

4   calls from parties interested in purchasing Vape Society.  For instance, Ruthless

5   contacted Abufarie wanting to buy Vape Society.  Another company by the name of

6   Flavor Suite wanted to buy Zeiadeh's interest in Vape Society.  A third company,

7   Luxor Vapor, also contacted Abufarie and they would pay however much Zeiadeh

8   wanted for his shares in Vape Society.

9   252.   By on or about October 8, 2016, many others in the vape industry

10   contacted Abufarie under the impression that he sold his shares in Vape Society.

11   These multi-million dollar vendors indicated that they felt uncomfortable continuing

12   to do business with Vape Society because they are uncertain as to what is going on.

13   Abufarie had no choice but to tell people that were calling him that Zeiadeh

14   wrongfully took the Vape Society Website. The vape industry community is in shock.

15   253.   Shortly after Vape Society lost control of the Vape Society Website, Ali,

16   of Glass Tech Wholesales Inc., dba GT Vapes Distribution ("GT Vapes"), contacted

17   Abufarie to let him know that he had a conversation with Benyameen regarding what

18   happened.  During that conversation, Benyameen admitted to having taken the Vape

19   Society Website.  Further, Benyameen declared that Abufarie is not smart enough to

20   do anything about it.

21           8.      Tarnishing of Vape Society Supply's Reputation – Consumer
                     Complaints on Social Media
22

23   254.   As a result of Zeiadeh wrongfully taking the Vape Society Website,

24   including having allowed West Coast Vape to charge consumers from October 6-7,

25   2016, but not ship the product ordered, the reputation of Vape Society has been

26   tarnished greatly.  This is most exemplified in poor social media postings, which is

27   compounded by the fact that Vape Society cannot communicate with its followers on

28   the Vape Society Social Media Accounts, because Zeiadeh locked Vape Society out

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

by changing all passwords.  In addition, Vape Society cannot respond to email

inquiries, as Zeiadeh locked Vape Society out of its email account with Zoho.

255.   On or about the week of October 10, 2016, the following post was made

by Tyler Kuehn on Google:

> "Placed an order on Thursday October 6 and haven't heard from them
> since.  I've ordered from them numerous (sic) times before but all of a
> sudden I can't get on their website and can't get ahold of them on the
> phone. I'm not sure what's going on or what I should do?  Anyone have
> any suggestions?"

256.   On or about the week of October 10, 2016, the following post was made

by DeeDee Edmunds on Google:

> "Usually they have good prices on the products I use as well as good
> service as far as shipping my product to me quickly.  However, I noticed
> their website has been down for several days and when I call I cannot
> reach anyone or leave a message as a message says the mailbox is full.  I
> placed an order on Thursday Oct. 6 and still have not received it yet.
> Even though the money has left my bank account.  I have to wonder if
> they are still doing business.  This is unusual to me.  I just wish they
> would let me know if they are not doing business anymore."

257.   On or about October 11, 2016, the following post was made by

dustindamnit on Instagram:

> "Can't believe they're not posting something on here or some kinda
> social media to let people know what's going on. Not answering the
> phone or replying to emails.  And still not received my order.  I'm about
> to report them @vapesocietysupply."

258.   On or about October 11, 2016, the following post was made by

soulful.noise on Instagram:

> "When I purchased my order last week they sent me an invoice with
> west coast vapor name on the invoice like I bought the product from
> west coast instead of vape society.  Then their website goes down and
> nobody is answering calls.  I called west coast and at first they acted like
> they had no clue and then someone in the background starts explaining
> that they had a merchant exchange and the site went down.  They took
> down my info and said they would call me right back in 30 min and they
> did not.  Will be calling tomorrow. . ."

259.   On or about October 11, 2016, at 12:19 p.m., the following post was

made by Peter Smedley on Facebook:

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

"Trying to order some gear and the websites down.  Called after they opened and no one is answering, I've (sic) ordered a lot (sic) from them and never had any issues but now it's like they are just ignoring me.  If they get back to me will change my review because I've never had this issue before but now it's just kind of annoying, just take my money. You guys can't even answer the phone.  This is ridiculous, used to love this company."

260.   On or about October 12, 2016, at 4:04 p.m., the following post was made by Angel Andino on Facebook:

"I just got refunded my order from last Thursday…..and their website is down"

261.   On or about October 12, 2016, at 5:18 p.m., the following post was made by Dustin Dustin on Facebook:

"Don't use this company.  Put my order in last Friday and still nothing and their website is down.  Not answering phone calls.  No post on social media.  And you can't even email them.  Super shady don't waste your money or time."

262.   On or about October 13, 2016, at 10:41 a.m., the following post was made by Robert Clark on Facebook:

"I've been getting most of my vape supply from these guys for a while but more and more there seems to be problems. I placed an (sic) order last Friday and still haven't gotten it so I called a few days ago and was told the site was under maintenance. I get an email yesterday from another vape company saying my money would be refunded. The crazy thing is although you can't get anything from them and they can't tell you anything because the website is under maintenance., the sight will still let you Place your order and deduct the funds from your credit card. Bad business!!"

263.   On or about October 13, 2016, at 7:48 p.m., the following post was made by Alexander Martin on Facebook:

"I like how you guys deleted the post that people were talking the truth about you guys and your terrible customer service."

264.   On or about October 14, 2016, at 10:37 a.m., the following post was made by Kyle Hertz on Facebook:

"I've (sic) been using the website for a while with no problems but last week I ordered ejuice got a confirmation then 5 days later they send me an email stating they had cancelled my order and refunded my money so

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT**
**FOR DAMAGES AND INJUNCTIVE RELIEF**

1       I tried emailing back no answer I've (sic) tried calling no one answer and there mailbox is full so you (sic) can't (sic) leave a message so here's
2   (sic) a warning do not use this company."

3       265.   On or about October 15, 2016, at 8:42 p.m., the following post was made

4   by Elijah Lincoln on Facebook:

5       "I placed an order on the 6th of October, then website was down, and you guys could not receive emails.  After waiting about 5 days I finally
6   spoke to someone on a the phone who said they would fill my order and send it right out and gave me a new address at Gmail to forward by order
7   to.  After 2 days no one responded and I had to call again which I was told they had to refund me.  They replied by email that I would be
8   refunded by the end of the business day, which was two days ago.  Still nothing as of today.  Your website and ordering system went down and
9   you don't even offer anything to customers for the inconvenience you caused I am never buying from here again.  Bottom line you customer
10   service is terrible."

11       266.   On or about October 16, 2016, at 1:18 p.m., the following post was made

12   by Will Bowman on Facebook:

13       "Charged me, site went down, then refunded.  Never said what's up & left me hangin for my nicotine fix.  Had to go local.  They billed as
14   "West Coast Vape Supply", so watch out, this place is scammy."

15       267.   On or about October 16, 2016, at 1:20 p.m., the following post was made

16   by Nikki Ashley on Facebook:

17       "This is one of the WORST sites I've ever ordered from. Yea they do have low prices but you don't (sic) get what you ordered and you can't
18   ever get in touch with anyone.  I made an order over two weeks ago and they took the money out of my bank account then put it back and 4 days
19   later took it out again meanwhile I have been calling ever since I made the order and no one (sic) ever answers the phone and I've (sic) sent
20   countless emails which on one (sic) replies.  This store is a joke. . ."

21       268.   On or about October 16, 2016, at 11:20 p.m., the following post was

22   made by Toney Snow on Facebook:

23       "Don't waste your time ordering it you will never get it.  I placed an order on the 6th still have not received my order.  No response to emails.
24   But they sure know how to take your money!!"

25       269.   On or about October 17, 2016, the following review was made by 808 T.,

26   of Hilo, Hawaii, on Yelp:

27       "They take your order and don't return your call plus I paid for the order! The order was placed on Oct 6 and they (sic) took money out of
28   my account on Oct 7 until today no one return my calls and did not

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

receive (sic) my order."

270.   On or about the week of October 17, 2016, the following review was made by Steven Crawford on Google:

> "I also tried placing an order over the holiday weekend. But it had issues authorizing my card and now I can't get anyone to answer a phone and the site is down. They have multiple social media outlets and should let potential customers know what's going on. On the other hand my last two dealings with them they were excellent and fast and had great customer service and prices... Bleh?"

271.   On or about the week of October 17, 2016, the following review was made by Shaun Turck on Google:

> "Customer service sucks! Ordered over a week ago no product ...And no response from emails. Do not order from them unless you liked to get ripped off."

272.   On or about the week of October 17, 2016, the following review was made by Jennifer Roman on Google:

> "This company should be reported for their bad business!!! They take customers money and don't fulfill the paid orders. My husband ordered almost $100 of items and never received anything. We tried calling them with no answer and a full mailbox with no way to leave a message or contact them. They don't respond to emails.....absolutely worthless and an absolute scam!!! If I could give 0 stars I would but it won't let me."

### 9.   Vape Society Supply Confidential Wholesale Customer List – Use of False Rumors to Wrongfully Solicit

273.   Because Zeiadeh gave West Coast Vape access to the backend of the Vape Society Website, West Coast Vape has become privy to Vape Society's confidential wholesale customer list.

274.   Vape Society is informed and believes that West Coast Vape is using Vape Society's confidential wholesale customer list to solicit Vape Society's wholesale customers.

275.   Vape Society is informed and believes that West Coast Vape is using Vape Society's confidential wholesale customer list to contact Vape Society's wholesale customers and tell them that Vape Society is out of business, but that West

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT**
**FOR DAMAGES AND INJUNCTIVE RELIEF**

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

Coast Vape can fulfill their orders.  In fact, one of Ehab's sales representatives contacted West Coast Vape and spoke with Benyameen.  Benyameen stated that Vape Society is out of business and West Coast Vape had bought Vape Society's book of business.

276.   On or about October 17, 2016, Abufarie contacted Ibrahim to let him know that he was aware of the fact that West Coast Vape's sales representatives are spreading rumors in the vape industry that Vape Society is shut down.  Ibrahim responded by denying Abufarie's allegation, saying "we just had a meeting and I told the sales representatives they can't do that."  However, as Abufarie pointed out, why would West Coast Vape need to tell their sales representatives to not do something unless they were doing it.  Ibrahim did not have a response, but simply denied the allegation again.

   10. <u>Vape Society Supply Retail Customer List – Wrongful Solicitation</u>

277.   Because Zeiadeh gave West Coast Vape Society access to the backend of the Vape Society Website, West Coast Vape has become privy to Vape Society's confidential retail customer list.

278.   Vape Society is informed and believes that West Coast Vape is using Vape Society's confidential retail customer list to solicit Vape Society's retail customers.

279.   Glas is an e-juice manufacturer that sells product to Vape Society.  Glas' vice president of sales, Kristen, monitors how Vape Society markets Glas' products. In order to do so, she has an account with Vape Society, which results in her being on Vape Society's retail customer list.  Accordingly, this results in her getting newsletters from Vape Society.  Kristen only has accounts with companies Glas sells to, which does not include West Coast Vape.

280.   On or about October 18, 2016, Kristen spoke with Abufarie.  At that time, she advised that she just received an email solicitation from West Coast Vape. Kristen does not have an account with West Coast Vape and has never subscribed to

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

their emails.  Accordingly, Vape Society is informed and believes that the only way Kristen could have received an email solicitation from West Coast Vape is if West Coast Vape is soliciting from Vape Society's confidential retail customer list.

11.   Dramatic Increase in Inventory Purchased by West Coast Vape Supply

281.   Vape Society is informed and believes that Vaping Town, LLC is the distributor that West Coast Vape purchases its hardware inventory.

282.   On or about October 10, 2016, Waleed, of Vaping Town, LLC contacted Abufarie to inform him that since Vape Society lost access and control of the Vape Society Website, West Coast Vape has been placing larger order than it has ever done, in fact more than double in size.

12.   Substantial Increase in West Coast Vape Supply's Website Traffic

283.   Vape Society is informed and believes that subsequent to Vape Society losing access and control of the Vape Society Website, including the confidential backend, the website traffic for West Coast Vape has increased substantially, as shown by a significant jump in the rankings by the website traffic tracking company Alexa Internet, Inc. (www.alexa.com), in a matter of just a few weeks.

**II.   Zeiadeh Registers the Vape Society Supply Domain in his Name**

284.   As set forth above in Paragraph 36, on or about March 16, 2015, Zeiadeh, on behalf of Vape Society, secured the domain vapesocietysupply.com through Shopify.  Vape Society's domain vapesocietysupply.com was registered under the mythical person "Eric Freeman."

285.   On or about October 11, 2016, Zeiadeh changed the registration for the Vape Society domain vapesocietysupply.com from Shopify to GoDaddy.com, LLC ("GoDaddy"), and named himself as registrant, with the registrant organization being TJZ Enterprises.

286.   The Vape Society Website continues to appear at the URL www.vapesocietysupply.com, but a consumer cannot complete a purchase transaction on the Vape Society Website.  Vape Society is informed and believes that this is a

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

result of Shopify having locked the parties out of the confidential backend of the Vape Society Website.

**JJ.**   **Zeiadeh Steals the Vape Society Supply Website Details and Turns it into Vape Society Supplies**

1.   Vape Society Supply Owns Domain vapesocietysupplies.com

287.   In or about September 2015, Zeiadeh advised Abufarie that West Coast Vape had registered a domain that was similar to Vape Society's domain vapesocietysupply.com.  As a result, Abufarie instructed Zeiadeh to register similar domains to the Vape Society domain on behalf of Vape Society before West Coast Vape does.  Accordingly, on or about 18, 2015, Zeiadeh, on behalf of Vape Society, registered the following domains with GoDaddy: vapesocietysupplies.com, vapesocietysupply.org, vapesocietysupply.co, vapesocietysupply.biz, vapesocietysupply.net, vapesocietysupply.info and vapesocietysupply.us.  Once again, all these domains were registered under the name of the mythical person "Eric Freeman."  Furthermore, the domains were paid for by Vape Society, including when they were renewed on or about September 18, 2016.

2.   The Knockoff Vape Society Supplies Website

288.   On or about October 20, 2016, Zeiadeh / Vape Society Supplies ("VS Supplies") launched a new website at the URL www.vapesocietysupplies.com (the "VS Supplies Website").

289.   This VS Supplies Website is an exact copy of the Vape Society Website. Zeiadeh is using Vape Society's trademark and copyrighted materials.  He kept the Vape Society logo exactly the same, but for he changed the word supply to supplies.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

1
2
3
4
5
6
7



Vape Society Logo

VS Supplies Counterfeit Logo

8  Zeiadeh changed the bar across each photo to say supplies instead of supply and he

9  used the red tear drop sizing graphic.  In addition, he used content from the Vape

10 Society Website as well as thousands of Vape Society photographs.  Vape Society

11 photographs contain two versions of the Vape Society logo.  One is a watermark that

12 overlays the center of the photograph, and the other is a placed in the bottom right

13 hand corner.  These logos are placed to identify its images for the purpose of

14 managing its copyright.  For example:

15
16
17



18
19
20

21  On the VS Supplies Website, Zeiadeh initially utilized Vape Society's photographs

22 by replacing the logo in the bottom right corner, leaving the center Vape Society

23 watermark.  For example:

24 / / / /

25 / / / /

26 / / / /

27 / / / /

28 / / / /

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

66

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**



It appears that Zeiadeh is now updating the VS Supplies Website with Vape Society images in which he has removed and replaced the Vape Society logo watermark, with the counterfeit VS Supplies logo.

> 3.  <u>Diab Assists Zeiadeh with the Knockoff Vape Society Supplies Website</u>

290.   On or about October 20, 2016, the contact telephone number listed on the Contact Us page on the VS Supplies Website was (888) 978-8507[14].  On that day, when calling that telephone number, the call was answered by an automated service that identified the business as "TJZ Enterprises dba Vape Society <u>Supply</u>" and advised the business is "currently closed."  Upon pressing the zero (0) button on the telephone, the call was transferred by the system and after a brief pause you were connected to a voicemail box with a recorded message.  The message identified the voicemail box as belonging to "Akram Diab."

291.   On or about October 20, 2016, Abufarie had a telephone call with Diab. During the telephone call, Abufarie inquired as to why the telephone number listed on the Contact Us page on the VS Supplies Website went when into his voicemail box. In response, Diab admitted that was due to the fact that he assisted Zeiadeh with the VS Supplies Website.

> 4.  <u>Consumer Purchases on the Knockoff Vape Society Supplies Website</u>

292.   Vape Society is informed and believes that consumers will have great

---

[14]   Subsequently, the telephone number on the Contacts Page was removed.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

difficulty in distinguishing the Vape Society Website and the VS Supplies Website, as the websites look identical.

293.   Vape Society is informed and believes that since on or about October 21, 2016, consumers could purchase inventory on the VS Supplies Website.

294.   Vape Society is informed and believes that after a purchase has been made on the VS Supplies Website, the consumer receives an e-mail from info@vapesocietysupplies.com confirming the purchase from "vapesocietysupplies." Thereafter, the consumer will receive another e-mail from info@vapesocietysupplies.com confirming shipment from "vapesocietysupplies."

295.   Vape Society is informed and believes that items purchased on the VS Supplies Website are delivered via the United States Postal Service, with Stamps.com[15] being used for postage.  Further, the return address on the package is as follows:

> "Warehouse
> Vape Society Supplies
> 11037 Warner Avenue #250
> Fountain Valley, CA 92708"[16]

296.   Vape Society is informed and believes that the return address on delivered items purchased on the VS Supplies Website is Zeiadeh's Post Office Box at Mail Center Plus, in Fountain Valley.

297.   Vape Society is informed and believes that the Stamps.com account used for postage on delivered items purchased on the VS Supplies Website is Zeiadeh's account.

298.   Vape Society is informed and believes that once you purchase an item on the VS Supplies Website, your name goes on an emailing list and you receive periodic solicitations emails from info@vapesocietysupplies.com.

---

[15]     Vape Society is informed and believes that West Coast Vape is one of the few local business in the vape industry that uses Stamps.com.
[16]     This is the same address on the packing slip sent with the item purchased on the VS Supplies Website.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

5.   <u>West Coast Vape Supply is Suppling Vape Society Supplies With its Inventory</u>

299.   Vape Society is informed and believes that VS Supplies is obtaining its inventory from West Coast Vape.

300.   Vape Society never carried Fuck Jerry's e-juice products, but this product is for sale on the VS Supplies Website.  Moreover, Vape Society is informed and believes that Fuck Jerry's e-juice products are currently being sold on the West Coast Vape Website.

301.   Vape Society is informed and believes that West Coast Vape purchases inventory from GT Vapes.

302.   On or about October 25, 2016, Abufarie inquired if GT Vapes had in stock numerous items that were listed "out of stock" on the VS Supplies Website.  In all circumstances, the response was no.  Thereafter, Abufarie inquired if there had been a dramatic increase in inventory purchased by West Coast Vape over the last couple of weeks, and Abufarie was told yes.

303.   On or about October 27, 2016, Ehab had two telephone conversations with Ibrahim.  During those telephone conversations, Ibrahim admitted that Zeiadeh and Benyameen were currently "working together," but he claimed no personal involvement.  Moreover, Ibrahim revealed that it was his understanding that Benyameen was doing "drop ship program" for Zeiadeh, i.e., a product is purchased on the VS Supplies Website and Benyameen provides the inventory and ships it to the consumer.  Finally, Ibrahim told Ehab that he took issue to Vape Society getting the police involved with respect to West Coast Vape.  Specifically, he was purportedly questioned by the police and thought it was unfair, as Zeiadeh and Benyameen engaged in the criminal behavior, not him.

6.   <u>Vape Society Supplies Solicits From Vape Society Supply Retail Customer List</u>

304.   Vape Society is informed and believes that VS Supplies is using Vape Society's confidential retail customer list to solicit Vape Society's retail customers.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

305.    Vape Society is informed and believes that retail customers of Vape Society, who never purchased anything from VS Supplies nor signed up for an account with VS Supplies are receiving periodic email solicitations from VS Supplies.

**KK.    Vape Society Supply's Business and Intellectual Property**

306.    Vape Society is the creator and owner of images and written works published on the URL, www.vapesocietysupply.com.

307.    Vape Society owns the rights and title to images and written works published on the URL, www.vapesocietysupply.com.

308.    Vape Society filed an application for registration with the United States Copyright Office of images and written works published on the URL, www.vapesocietysupply.com, U.S. Copyright Case Nos. 1-4097381841, 1-4099362039, 1-4099362165, 1-4099694331, 1-4099694533, 1-4099694609, 1-4099694727, 1-4099694853, 1-4099694982, and 1-4111819831 (the "Vape Society Copyright Material").

309.    Vape Society owns the rights and title to the trademark VAPE SOCIETY SUPPLY.

310.    Vape Society filed an application for registration with the Unities States Patent and Trademark Office for the trademark VAPE SOCIETY SUPPLY, U.S. Trademark Serial No. 87209773 (the "VAPE SOCIETY Mark").  (Vape Society's Trademark Application is attached hereto as Exhibit "E," and incorporated herein by reference.)

311.    Vape Society filed an application for registration with the Unities States Patent and Trademark Office for a trademark on the Vape Society logo, pictured in Paragraph 289, above, U.S. Trademark Serial No. 87209850 (the "VAPE SOCIETY Logo").  (Vape Society's Trademark Application is attached hereto as Exhibit "F," and incorporated herein by reference.) The VAPE SOCIETY Mark and VAPE SOCIETY Logo are hereinafter collectively referred to as the VAPE SOCIETY Trademarks.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

1  **LL.   Conspiracy**

2     312.   Vape Society is informed and believes that Zeiadeh, Dawood, West

3  Coast Vape, Benyameen, Ibrahim and Diab, and each of them, knowingly and

4  willfully conspired and agreed among themselves to, among other things, wrongfully

5  divert business away from Vape Society and move it to West Coast Vape, and

6  engaged in the following activities, among others, to further their conspiracy:

7          a.      Preventing Vape Society from accessing and controlling its domain

8                  vapesocietysupply.com;

9          b.      Preventing Vape Society from accessing and controlling its

10                 website, located at the URL www.vapesocietysupply.com;

11         c.      Preventing Vape Society from accessing and controlling its

12                 confidential and proprietary customer and financial information on

13                 the confidential backend of the Vape Society Website;

14         d.      Allowing West Coast Vape, Benyameen and/or Ibrahim to access

15                 and/or control the Vape Society Website;

16         e.      Allowing West Coast Vape, Benyameen and/or Ibrahim to access

17                 and/or control Vape Society's confidential and proprietary

18                 customer and financial information on the confidential backend of

19                 the Vape Society Website;

20         f.      Allowing sales on the Vape Society Website to be redirected to

21                 West Coast Vape;

22         g.      Allowing the credit card processing to be changed on the Vape

23                 Society Website, so that monies from credit card purchases on the

24                 Vape Society Website went to West Coast Vape and not Vape

25                 Society;

26         h.      Selling or attempting to sell Vape Society's domain

27                 vapesocietysupply.com to West Coast Vape, Benyameen and/or

28                 Ibrahim;

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

i.   Selling or attempting to sell the Vape Society Website, including the confidential backend that contains Vape Society's confidential and proprietary customer and financial information, to West Coast Vape, Benyameen and/or Ibrahim;

j.   Preventing Vape Society from accessing and controlling the Vape Society Social Media Accounts;

k.   Preventing Vape Society from accessing and controlling its email account with Zoho;

l.   Moving Vape Society's domain vapesocietysupply.com from registrar Shopify to GoDaddy, and Zeiadeh the registrant, admin and tech, with TJZ Enterprises the registrant, admin and tech organization for the domain;

m.   Misappropriating Vape Society's confidential and proprietary customer and financial information on the confidential backend of Vape Society's website;

n.   Interfering with Vape Society's contractual relationships;

o.   Interfering with Vape Society's prospective business advantage;

p.   Infringing the Vape Society Copyright Material;

q.   Infringing the VAPE SOCIETY Trademarks; and,

r.   Copying the Vape Society Website and launching the knockoff VS Supplies Website, located at the URL www.vapesocietysupplies.com.

313.   Vape Society is informed and believes that as part and parcel of the conspiracy of Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, they took numerous efforts to conceal their conspiracy to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape, such that it was not reasonable for Vape Society to have discovered their wrongful actions until it did in or about October 2016.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

72

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

314.   Vape Society is informed and believes that Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, knowingly and willfully did the acts and things herein alleged pursuant to, and in furtherance of their conspiracy to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

315.   Vape Society is informed and believes that Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, knowingly and willfully furthered the conspiracy by lending aid and encouragement to or ratifying and adopting the acts of each other in their efforts to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape. Accordingly, each action and/or inaction by Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, as described herein, was done with the knowledge and/or encouragement and/or aid and/or approval of Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab.

316.   Vape Society is informed and believes that the above-described conspiracy is ongoing, so the last overt act continues to change, but as of now, it is believed that the last overt act is Defendants launching an e-commerce business known as VS Supplies, which website is a knockoff to that of the Vape Society Website and can be found at the URL www.vapesocietysupplies.com.  Further, West Coast Vape is supplying VSS with product, along with packaging and shipping said product.

## **FIRST CLAIM FOR RELIEF**

### **(Breach of Fiduciary Duty)**

### **(Plaintiff against Defendants)**

317.   Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316, as if fully set forth herein.

318.   At all relevant times herein, Zeiadeh was an officer, director and a managing employee of Vape Society.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

319.   At all relevant times herein, Vape Society believed implicitly in the integrity and truthfulness of Zeiadeh, and reposed absolute trust and confidence in him.

320.   As an officer, director and managing employee of Vape Society, Zeiadeh had an obligation to exercise and discharge his responsibilities in a responsible, just and equitable manner, in furtherance of the interests of Vape Society and to refrain from acts that would injure Vape Society or deprive it of profit and advantage. Zeiadeh had obligations to deal with Vape Society in good faith and to exercise reasonable judgment when discharging his duties.

321.   Vape Society is informed and believes that Zeiadeh breached his fiduciary duty owed to Vape Society, by engaging in the following activities, among other things:

   a.   Preventing Vape Society from accessing and controlling its domain vapesocietysupply.com;

   b.   Preventing Vape Society from accessing and controlling its website, located at the URL www.vapesocietysupply.com;

   c.   Preventing Vape Society from accessing and controlling its confidential and proprietary customer and financial information on the confidential backend of the Vape Society Website;

   d.   Allowing West Coast Vape, Benyameen and/or Ibrahim to access and/or control the Vape Society Website;

   e.   Allowing West Coast Vape, Benyameen and/or Ibrahim to access and/or control Vape Society's confidential and proprietary customer and financial information on the confidential backend of the Vape Society Website;

   f.   Allowing sales on the Vape Society Website to be redirected to West Coast Vape;

   g.   Allowing the credit card processing to be changed on the Vape

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

74

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

Society Website, so that monies from credit card purchases on the Vape Society Website went to West Coast Vape and not Vape Society;

h. Selling or attempting to sell Vape Society's domain vapesocietysupply.com to West Coast Vape, Benyameen and/or Ibrahim;

i. Selling or attempting to sell the Vape Society Website, including the confidential backend that contains Vape Society's confidential and proprietary customer and financial information, to West Coast Vape, Benyameen and/or Ibrahim;

j. Preventing Vape Society from accessing and controlling the Vape Society Social Media Accounts;

k. Preventing Vape Society from accessing and controlling its email account with Zoho;

l. Moving Vape Society's domain vapesocietysupply.com from registrar Shopify to GoDaddy, and Zeiadeh the registrant, admin and tech, with TJZ Enterprises the registrant, admin and tech organization for the domain;

m. Misappropriating Vape Society's confidential and proprietary customer and financial information on the confidential backend of Vape Society's website;

n. Interfering with Vape Society's contractual relationships;

o. Interfering with Vape Society's prospective business advantage;

p. Infringing the Vape Society Copyright Material;

q. Infringing the VAPE SOCIETY Trademarks;

r. Copying the Vape Society Website and launching the knockoff VS Supplies Website, located at the URL www.vapesocietysupplies.com;

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

75

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

s.  Conspiring with Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

322.  Vape Society is informed and believes that Zeiadeh breaching his fiduciary duty owed to Vape Society, as described herein, was part and parcel of a conspiracy involving Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

323.  By reason of the aforementioned breach of fiduciary duty, and as a direct and foreseeable consequence thereof, Vape Society is informed and believes that it has been damaged in an amount in excess of $1,000,000.00, according to proof at the time of trial herein.

324.  Vape Society is informed and believes that unless enjoined and restrained by this Court, Zeiadeh will continue to breach his fiduciary duty owed to Vape Society.  Further, Vape Society has no adequate remedy at law and will continue to suffer irreparable injury unless this Court grants a preliminary injunction, pursuant to Federal Rules of Civil Procedure Rule 65, and permanent injunction enjoining and restraining Defendants and their agents, employees and all persons in concert or participation with them from:

a.  Accessing or controlling Vape Society's domain vapesocietysupply.com.  In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its domain, including providing all passwords;

b.  Accessing or controlling Vape Society's website, located at the URL www.vapesocietysupply.com.  In accordance, Defendants must cooperate with Vape Society and take all reasonable

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

measures necessary for Vape Society to access and control its website, including providing all passwords;

c.    Continuing to operate the knockoff VS Supplies Website located at the URL www.vapesocietysupplies.com;

d.    Accessing or controlling the Vape Society Social Media Accounts. In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control the Vape Society Social Media Accounts, including providing all passwords;

e.    Accessing or controlling Vape Society's email account with Zoho. In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its email account with Zoho, including providing all passwords;

f.    Contacting, soliciting or doing business with:  (1) any customer of Vape Society whose identity was learned during the course of Zeiadeh's employment with Vape Society, and/or (2) any customer who is identified as a purchaser of product from Vape Society on the confidential backend of the Vape Society Website, and/or (3) any advertiser on the Vape Society Website who is identified on the confidential backend of Vape Society's website; and,

g.    Representing, directly or indirectly, to any person that they, or any of them, are authorized to act on behalf of Vape Society, or otherwise own Vape Society's domain vapesocietysupply.com and/or the Vape Society Website and/or the Vape Society Social Media Accounts and/or Vape Society's email account with Zoho.

325.   Vape Society is informed and believes that the aforementioned conduct was willful, intentional, malicious and oppressive and constitutes despicable conduct.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

The conduct entitles Vape Society an award of punitive damages against Defendants in an amount to be ascertained at the time of trial herein.

## SECOND CLAIM FOR RELIEF

### (Breach of Duty of Loyalty)

### (Plaintiff against Defendants)

326.   Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316, as if fully set forth herein.

327.   At all relevant times herein, Zeiadeh was an officer, director and a managing employee of Vape Society.

328.   During the term of Zeiadeh's employment with Vape Society, Vape Society is entitled to Zeiadeh's undivided loyalty such that Zeiadeh had a duty to faithfully serve Vape Society and not to assist a competing business in any manner, shape or form.

329.   As an employee of Vape Society, California Labor Code sections 2863 and 2860 provide that:

    a.    Zeiadeh is obligated to give preference to the business of his employer, Vape Society, when conducting any business of his own that is similar to that of Vape Society; and,

    b.    Everything which Zeiadeh acquires by virtue of his employment with Vape Society (except compensation) belongs to Vape Society, whether acquired lawfully or unlawfully, during or after the term of his employment.

330.   Vape Society is informed and believes that Zeiadeh breached his duty of loyalty owed to Vape Society by engaging in the following activities, among other things:

    a.    Preventing Vape Society from accessing and controlling its domain vapesocietysupply.com;

    b.    Preventing Vape Society from accessing and controlling its

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

website, located at the URL www.vapesocietysupply.com;

c.   Preventing Vape Society from accessing and controlling its confidential and proprietary customer and financial information on the confidential backend of the Vape Society Website;

d.   Allowing West Coast Vape, Benyameen and/or Ibrahim to access and/or control the Vape Society Website;

e.   Allowing West Coast Vape, Benyameen and/or Ibrahim to access and/or control Vape Society's confidential and proprietary customer and financial information on the confidential backend of the Vape Society Website;

f.   Allowing sales on the Vape Society Website to be redirected to West Coast Vape;

g.   Allowing the credit card processing to be changed on the Vape Society Website, so that monies from credit card purchases on the Vape Society Website went to West Coast Vape and not Vape Society;

h.   Selling or attempting to sell Vape Society's domain vapesocietysupply.com to West Coast Vape, Benyameen and/or Ibrahim;

i.   Selling or attempting to sell the Vape Society Website, including the confidential backend that contains Vape Society's confidential and proprietary customer and financial information, to West Coast Vape, Benyameen and/or Ibrahim;

j.   Preventing Vape Society from accessing and controlling the Vape Society Social Media Accounts;

k.   Preventing Vape Society from accessing and controlling its email account with Zoho;

l.   Moving Vape Society's domain vapesocietysupply.com from

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

registrar Shopify to GoDaddy, and Zeiadeh the registrant, admin and tech, with TJZ Enterprises the registrant, admin and tech organization for the domain;

m.  Misappropriating Vape Society's confidential and proprietary customer and financial information on the confidential backend of Vape Society's website;

n.  Interfering with Vape Society's contractual relationships;

o.  Interfering with Vape Society's prospective business advantage;

p.  Infringing the Vape Society Copyright Material;

q.  Infringing the VAPE SOCIETY Trademarks;

r.  Copying the Vape Society Website and launching the knockoff VS Supplies Website, located at the URL www.vapesocietysupplies.com;

s.  Conspiring with Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

331.  Vape Society is informed and believes that Zeiadeh breaching his duty of loyalty owed to Vape Society, as described herein, was part and parcel of a conspiracy involving Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

332.  By reason of the aforementioned breach of duty of loyalty, and as a direct and foreseeable consequence thereof, Vape Society is informed and believes that it has been damaged in an amount in excess of $1,000,000.00, according to proof at the time of trial herein.

333.  Vape Society is informed and believes that unless enjoined and restrained by this Court, Zeiadeh will continue to breach his duty of loyalty owed to Vape

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

Society.  Further, Vape Society has no adequate remedy at law and will continue to suffer irreparable injury unless this Court grants a preliminary injunction, pursuant to Federal Rules of Civil Procedure Rule 65, and permanent injunction enjoining and restraining Defendants and their agents, employees and all persons in concert or participation with them from:

a. Accessing or controlling Vape Society's domain vapesocietysupply.com.  In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its domain, including providing all passwords;

b. Accessing or controlling Vape Society's website, located at the URL www.vapesocietysupply.com.  In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its website, including providing all passwords;

c. Continuing to operate the knockoff VS Supplies Website located at the URL www.vapesocietysupplies.com;

d. Accessing or controlling the Vape Society Social Media Accounts. In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control the Vape Society Social Media Accounts, including providing all passwords;

e. Accessing or controlling Vape Society's email account with Zoho. In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its email account with Zoho, including providing all passwords;

f. Contacting, soliciting or doing business with:  (1) any customer of

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

Vape Society whose identity was learned during the course of Zeiadeh's employment with Vape Society, and/or (2) any customer who is identified as a purchaser of product from Vape Society on the confidential backend of the Vape Society Website, and/or (3) any advertiser on the Vape Society Website who is identified on the confidential backend of Vape Society's website; and,

g.   Representing, directly or indirectly, to any person that they, or any of them, are authorized to act on behalf of Vape Society, or otherwise own Vape Society's domain <u>vapesocietysupply.com</u> and/or the Vape Society Website and/or the Vape Society Social Media Accounts and/or Vape Society's email account with Zoho.

334.   Vape Society is informed and believes that the aforementioned conduct was willful, intentional, malicious and oppressive and constitutes despicable conduct. The conduct entitles Vape Society an award of punitive damages against Defendants in an amount to be ascertained at the time of trial herein.

## **THIRD CLAIM FOR RELIEF**

### **(Intentional Interference with Contractual Relationships)**

### **(Plaintiff against Defendants)**

335.   Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316, as if fully set forth herein.

336.   Vape Society has valid and existing contractual relationships with its suppliers of goods and advertisers on its website, which are described above.

337.   Vape Society is informed and believes that Defendants are, and have at all material times been aware of these contractual relationships.

338.   Vape Society is informed and believes that Defendants know of these contractual relationships by virtue of:

a.   Zeiadeh being an officer, director and managing employee of Vape Society;

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

b.     Zeiadeh working with Dawood to divert business away from Vape Society and move it to West Coast Vape for a profit; and,

c.     Zeiadeh, West Coast Vape, Benyameen, Ibrahim and Diab working within the vape industry.

339.    Vape Society is informed and believes that Defendants intentionally interfered with Vape Society's contractual relationships by engaging in the following activities, among other things:

a.     Preventing Vape Society from accessing and controlling its domain vapesocietysupply.com;

b.     Preventing Vape Society from accessing and controlling its website, located at the URL www.vapesocietysupply.com;

c.     Preventing Vape Society from accessing and controlling its confidential and proprietary customer and financial information on the confidential backend of the Vape Society Website;

d.     Allowing West Coast Vape, Benyameen and/or Ibrahim to access and/or control the Vape Society Website;

e.     Allowing West Coast Vape, Benyameen and/or Ibrahim to access and/or control Vape Society's confidential and proprietary customer and financial information on the confidential backend of the Vape Society Website;

f.     Allowing sales on the Vape Society Website to be redirected to West Coast Vape;

g.     Allowing the credit card processing to be changed on the Vape Society Website, so that monies from credit card purchases on the Vape Society Website went to West Coast Vape and not Vape Society;

h.     Selling or attempting to sell Vape Society's domain vapesocietysupply.com to West Coast Vape, Benyameen and/or

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

Ibrahim;

i.     Selling or attempting to sell the Vape Society Website, including the confidential backend that contains Vape Society's confidential and proprietary customer and financial information, to West Coast Vape, Benyameen and/or Ibrahim;

j.     Preventing Vape Society from accessing and controlling the Vape Society Social Media Accounts;

k.     Preventing Vape Society from accessing and controlling its email account with Zoho;

l.     Moving Vape Society's domain vapesocietysupply.com from registrar Shopify to GoDaddy, and Zeiadeh the registrant, admin and tech, with TJZ Enterprises the registrant, admin and tech organization for the domain;

m.     Misappropriating Vape Society's confidential and proprietary customer and financial information on the confidential backend of Vape Society's website;

n.     Interfering with Vape Society's contractual relationships;

o.     Interfering with Vape Society's prospective business advantage;

p.     Infringing the Vape Society Copyright Material;

q.     Infringing the VAPE SOCIETY Trademarks;

r.     Copying the Vape Society Website and launching the knockoff VS Supplies Website, located at the URL www.vapesocietysupplies.com;

s.     Conspiring with Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

340.    By reason of the aforementioned acts by Zeiadeh, Vape Society is unable

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

1    to satisfy its contractual obligations its suppliers of goods and advertisers on its

2    website.

3        341.   Vape Society is informed and believes that Defendants' intentional

4    interference with Vape Society's contractual relationships, as described herein, was

5    part and parcel of a conspiracy involving Zeiadeh, Dawood, West Coast Vape,

6    Benyameen, Ibrahim and Diab, and each of them, to, among other things, wrongfully

7    divert business away from Vape Society and move it to West Coast Vape.

8        342.   By reason of the aforementioned intentional interference with Vape

9    Society's contractual relationships, and as a direct and foreseeable consequence

10    thereof, Vape Society is informed and believes that it has been damaged in an amount

11    in excess of $1,000,000.00, according to proof at the time of trial herein.

12        343.   Vape Society is informed and believes that unless enjoined and restrained

13    by this Court, Defendants will continue to intentionally interfere with Vape Society's

14    contractual relationships.  Further, Vape Society has no adequate remedy at law and

15    will continue to suffer irreparable injury unless this Court grants a preliminary

16    injunction, pursuant to Federal Rules of Civil Procedure Rule 65, and permanent

17    injunction enjoining and restraining Defendants and their agents, employees and all

18    persons in concert or participation with them from:

19        a.    Accessing or controlling Vape Society's domain

20           vapesocietysupply.com.  In accordance, Defendants must

21           cooperate with Vape Society and take all reasonable measures

22           necessary for Vape Society to access and control its domain,

23           including providing all passwords;

24        b.    Accessing or controlling Vape Society's website, located at the

25           URL www.vapesocietysupply.com.  In accordance, Defendants

26           must cooperate with Vape Society and take all reasonable

27           measures necessary for Vape Society to access and control its

28           website, including providing all passwords;

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

85

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

c.   Continuing to operate the knockoff VS Supplies Website located at the URL www.vapesocietysupplies.com;

d.   Accessing or controlling the Vape Society Social Media Accounts. In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control the Vape Society Social Media Accounts, including providing all passwords;

e.   Accessing or controlling Vape Society's email account with Zoho. In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its email account with Zoho, including providing all passwords;

f.   Contacting, soliciting or doing business with:  (1) any customer of Vape Society whose identity was learned during the course of Zeiadeh's employment with Vape Society, and/or (2) any customer who is identified as a purchaser of product from Vape Society on the confidential backend of the Vape Society Website, and/or (3) any advertiser on the Vape Society Website who is identified on the confidential backend of Vape Society's website; and,

g.   Representing, directly or indirectly, to any person that they, or any of them, are authorized to act on behalf of Vape Society, or otherwise own Vape Society's domain vapesocietysupply.com and/or the Vape Society Website and/or the Vape Society Social Media Accounts and/or Vape Society's email account with Zoho.

344.   Vape Society is informed and believes that the aforementioned intentional interference with contractual relations was willful, intentional, malicious and oppressive and constitutes despicable conduct.  The conduct entitles Vape Society an award of punitive damages against Defendants in an amount to be ascertained at

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

the time of trial herein.

## FOURTH CLAIM FOR RELIEF

### (Intentional Interference with Prospective Business Advantage)

### (Plaintiff against Defendants)

345.   Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316, as if fully set forth herein.

346.   Vape Society enjoys an economic relationship with many of its customers who purchase product from Vape Society and/or advertise on Vape Society's website, with which it has done business with in the past, and with which it expects to do business with in the future.

347.   Vape Society is informed and believes that Defendants know of these relationships and the economic benefits it brings to Vape Society by virtue of:

      a.    Zeiadeh, at all relevant times, being an officer, director and managing employee of Vape Society;

      b.    Zeiadeh working with Dawood to divert business away from Vape Society and move it to West Coast Vape for a profit; and,

      c.    Zeiadeh, West Coast Vape, Benyameen, Ibrahim and Diab working within the vape industry.

348.   Vape Society is informed and believes that Zeiadeh has intentionally disrupted and deliberately attempted further to disrupt Vape Society's relationships with its customers who purchase product from Vape Society and/or advertise on Vape Society's website by engaging in the following wrongful conduct, among other things:

      a.    Preventing Vape Society from accessing and controlling its domain vapesocietysupply.com;

      b.    Preventing Vape Society from accessing and controlling its website, located at the URL www.vapesocietysupply.com;

      c.    Preventing Vape Society from accessing and controlling its confidential and proprietary customer and financial information on

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

87

the confidential backend of the Vape Society Website;

d. Allowing West Coast Vape, Benyameen and/or Ibrahim to access and/or control the Vape Society Website;

e. Allowing West Coast Vape, Benyameen and/or Ibrahim to access and/or control Vape Society's confidential and proprietary customer and financial information on the confidential backend of the Vape Society Website;

f. Allowing sales on the Vape Society Website to be redirected to West Coast Vape;

g. Allowing the credit card processing to be changed on the Vape Society Website, so that monies from credit card purchases on the Vape Society Website went to West Coast Vape and not Vape Society;

h. Selling or attempting to sell Vape Society's domain vapesocietysupply.com to West Coast Vape, Benyameen and/or Ibrahim;

i. Selling or attempting to sell the Vape Society Website, including the confidential backend that contains Vape Society's confidential and proprietary customer and financial information, to West Coast Vape, Benyameen and/or Ibrahim;

j. Preventing Vape Society from accessing and controlling the Vape Society Social Media Accounts;

k. Preventing Vape Society from accessing and controlling its email account with Zoho;

l. Moving Vape Society's domain vapesocietysupply.com from registrar Shopify to GoDaddy, and Zeiadeh the registrant, admin and tech, with TJZ Enterprises the registrant, admin and tech organization for the domain;

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

m.  Misappropriating Vape Society's confidential and proprietary customer and financial information on the confidential backend of Vape Society's website;

n.  Interfering with Vape Society's contractual relationships;

o.  Interfering with Vape Society's prospective business advantage;

p.  Infringing the Vape Society Copyright Material;

q.  Infringing the VAPE SOCIETY Trademarks;

r.  Copying the Vape Society Website and launching the knockoff VS Supplies Website, located at the URL www.vapesocietysupplies.com;

s.  Conspiring with Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

349.   Vape Society is informed and believes that Zeiadeh's conduct, as described herein, is part and parcel of Defendants' wrongful attempts to prevent Vape Society from continuing to enjoy the benefits of the ongoing business relationships it has established with Vape Society's customers and/or advertisers.

350.   Vape Society is informed and believes that Defendants know that Zeiadeh's conduct described above has interfered and will continue to interfere with Vape Society's relationship with customers and/or advertisers, and, in addition to the detriment already caused, will, if successful, cause Vape Society to lose the profits it would otherwise derive from such relationships.

351.   Vape Society is informed and believes that Defendants' intentional interference with Vape Society's prospective economic advantage, as described herein, was part and parcel of a conspiracy involving Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

352.   By reason of the aforementioned intentional interference with Vape Society's prospective economic advantage, and as a direct and foreseeable consequence thereof, Vape Society is informed and believes that it has been damaged in an amount in excess of $1,000,000.00, according to proof at the time of trial herein.

353.   Vape Society is informed and believes that unless enjoined and restrained by this Court, Defendants will continue to intentionally interfere with Vape Society's prospective economic advantage.  Further, Vape Society has no adequate remedy at law and will continue to suffer irreparable injury unless this Court grants a preliminary injunction, pursuant to Federal Rules of Civil Procedure Rule 65, and permanent injunction enjoining and restraining Defendants and their agents, employees and all persons in concert or participation with them from:

a.   Accessing or controlling Vape Society's domain vapesocietysupply.com.  In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its domain, including providing all passwords;

b.   Accessing or controlling Vape Society's website, located at the URL www.vapesocietysupply.com.  In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its website, including providing all passwords;

c.   Continuing to operate the knockoff VS Supplies Website located at the URL www.vapesocietysupplies.com;

d.   Accessing or controlling the Vape Society Social Media Accounts. In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control the Vape Society Social Media Accounts, including providing all passwords;

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

e.    Accessing or controlling Vape Society's email account with Zoho. In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its email account with Zoho, including providing all passwords;

f.    Contacting, soliciting or doing business with: (1) any customer of Vape Society whose identity was learned during the course of Zeiadeh's employment with Vape Society, and/or (2) any customer who is identified as a purchaser of product from Vape Society on the confidential backend of the Vape Society Website, and/or (3) any advertiser on the Vape Society Website who is identified on the confidential backend of Vape Society's website; and,

g.    Representing, directly or indirectly, to any person that they, or any of them, are authorized to act on behalf of Vape Society, or otherwise own Vape Society's domain vapesocietysupply.com and/or the Vape Society Website and/or the Vape Society Social Media Accounts and/or Vape Society's email account with Zoho.

354.   Vape Society is informed and believes that the aforementioned intentional interference with Vape Society's prospective economic advantage was willful, intentional, malicious and oppressive and constitutes despicable conduct. The conduct entitles Vape Society an award of punitive damages against Defendants in an amount to be ascertained at the time of trial herein.

## FIFTH CLAIM FOR RELIEF

### (Negligent Interference with Prospective Business Advantage)

### (Plaintiff against Defendants)

355.   Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316, and 346 through 354, as if fully set forth herein.

356.   Vape Society is informed and believes that if Defendants' interference, as

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

alleged in the Fourth Claim for Relief, was not intentional, then it was certainly reckless and/or negligent.

357.   Vape Society is informed and believes that Defendants knew or should have known, and know or should know, that their conduct has interfered with and will continue to interfere with Vape Society's relationships with its customers who purchase product from Vape Society and/or advertise on Vape Society's website, and, in addition to the detriment already caused, will, if successful, cause Vape Society to lose the profits it would otherwise derive from such relationships.

358.   By reason of the aforementioned negligent interference with Vape Society's prospective economic advantage, and as a direct and foreseeable consequence thereof, Vape Society is informed and believes that it has been damaged in an amount in excess of $1,000,000.00, according to proof at the time of trial herein.

359.   Vape Society is informed and believes that unless enjoined and restrained by this Court, Defendants will continue to negligently interfere with Vape Society's prospective economic advantage.  Further, Vape Society has no adequate remedy at law and will continue to suffer irreparable injury unless this Court grants a preliminary injunction, pursuant to Federal Rules of Civil Procedure Rule 65, and permanent injunction enjoining and restraining Defendants and their agents, employees and all persons in concert or participation with them from:

    a.    Accessing or controlling Vape Society's domain vapesocietysupply.com.  In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its domain, including providing all passwords;

    b.    Accessing or controlling Vape Society's website, located at the URL www.vapesocietysupply.com.  In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

1  website, including providing all passwords;

2      c.    Continuing to operate the knockoff VS Supplies Website located at

3            the URL www.vapesocietysupplies.com;

4      d.    Accessing or controlling the Vape Society Social Media Accounts.

5            In accordance, Defendants must cooperate with Vape Society and

6            take all reasonable measures necessary for Vape Society to access

7            and control the Vape Society Social Media Accounts, including

8            providing all passwords;

9      e.    Accessing or controlling Vape Society's email account with Zoho.

10           In accordance, Defendants must cooperate with Vape Society and

11           take all reasonable measures necessary for Vape Society to access

12           and control its email account with Zoho, including providing all

13           passwords;

14     f.    Contacting, soliciting or doing business with:  (1) any customer of

15           Vape Society whose identity was learned during the course of

16           Zeiadeh's employment with Vape Society, and/or (2) any customer

17           who is identified as a purchaser of product from Vape Society on

18           the confidential backend of the Vape Society Website, and/or (3)

19           any advertiser on the Vape Society Website who is identified on

20           the confidential backend of Vape Society's website; and,

21     g.    Representing, directly or indirectly, to any person that they, or any

22           of them, are authorized to act on behalf of Vape Society, or

23           otherwise own Vape Society's domain vapesocietysupply.com

24           and/or the Vape Society Website and/or the Vape Society Social

25           Media Accounts and/or Vape Society's email account with Zoho.

26  / / / /

27  / / / /

28  / / / /

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

93

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

1

2

3

### SIXTH CLAIM FOR RELIEF

### (Conversion)

### (Plaintiff against Defendants)

4       360.   Vape Society realleges and incorporates by reference the allegations of

5   paragraphs 1 through 316, as if fully set forth herein.

6       361.   At all relevant times herein, Zeiadeh was an officer, director and a

7   managing employee of Vape Society.

8       362.   At all relevant times herein, Vape Society was the owner of the domain

9   www.vapesocietysupply.com.

10      363.   At all relevant times herein, Vape Society was the owner of its website,

11  located at the URL www.vapesocietysupply.com.

12      364.   As the owner of its website, Vape Society is entitled to possession of all

13  monies from credit card purchases on its website.

14      365.   Vape Society is informed and believes that on or about October 6, 2016,

15  Zeiadeh gave access and/or control of Vape Society's website to West Coast Vape,

16  Benyameen and/or Ibrahim, without the consent of Vape Society.  Further, Zeiadeh,

17  West Coast Vape, Benyameen and/or Ibrahim made changes to the credit card

18  purchase process on Vape Society's website, so that monies from credit card

19  purchases on Vape Society's website were sent to West Coast Vape and not Vape

20  Society.  Accordingly, from on or about October 6-7, 2016, West Coast Vape acquired

21  all monies from credit card purchases on Vape Society's website that belonged to

22  Vape Society.

23      366.   Despite Vape Society objecting to Benyameen and Ibrahim regarding

24  West Coast Vape acquiring its monies from credit card purchases on Vape Society's

25  website from on or about October 6-7, 2016, West Coast Vape is refusing to handover

26  those monies to Vape Society, thereby detaining and converting said funds for its own

27  use.

28      367.   Vape Society is informed and believes that Defendants' conversion, as

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

described herein, was part and parcel of a conspiracy involving Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

368.   By reason of the aforementioned conversion, and as a direct and foreseeable consequence thereof, Vape Society is informed and believes that it has been damaged in the amount of monies West Coast Vape acquired from credit card purchases on Vape Society's website form on or about October 6-7, 2016, according to proof at the time of trial herein.

369.   Between the time of Defendants' conversion of the aforementioned monies to their own use and the filing of this action, Vape Society has expended time and money in pursuit of the converted monies, all to Vape Society's further damage, in a sum according to proof at trial herein.

370.   Vape Society is informed and believes that the aforementioned conversion was willful, intentional, malicious and oppressive and constitutes despicable conduct.  The conduct entitles Vape Society an award of punitive damages against Defendants in an amount to be ascertained at the time of trial herein.

## SEVENTH CLAIM FOR RELIEF

### (Money Had and Received (Indebitatus Assumpsit))

### (Plaintiff against Defendants)

371.   Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316, as if fully set forth herein.

372.   At all relevant times herein, Zeiadeh was an officer, director and a managing employee of Vape Society.

373.   At all relevant times herein, Vape Society was the owner of the domain vapesocietysupply.com.

374.   At all relevant times herein, Vape Society was the owner of its website, located at the URL www.vapesocietysupply.com.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

375.   As the owner of its website, Vape Society is entitled to possession of all monies from credit card purchases on its website.

376.   Vape Society is informed and believes that on or about October 6, 2016, Zeiadeh gave access and/or control of Vape Society's website to West Coast Vape, Benyameen and/or Ibrahim, without the consent of Vape Society.  Further, Zeiadeh, West Coast Vape, Benyameen and/or Ibrahim made changes to the credit card purchase process on Vape Society's website, so that monies from credit card purchases on Vape Society's website were sent to West Coast Vape and not Vape Society.  Accordingly, from on or about October 6-7, 2016, West Coast Vape acquired all monies from credit card purchases on Vape Society's website that belonged to Vape Society.

377.   Within the last four (4) years in the Central District of California, Defendants became indebted to Vape Society for the sum of all monies acquired by West Coast Vape for credit card purchases made on Vape Society's website from on or about October 6-7, 2016.  This sum constitutes money had and received by Defendants for the use and benefit of Vape Society.

378.   As described above, the indebtedness occurred by virtue of West Coast Vape acquiring all monies from credit card purchases on Vape Society's website, from on or about October 6-7, 2016.

379.   Despite Vape Society objecting to Benyameen and Ibrahim regarding West Coast Vape acquiring its monies from credit card purchases on Vape Society's website from on or about October 6-7, 2016, West Coast Vape is refusing to handover those monies to Vape Society.

380.   No payment has been made by Defendants to Vape Supply for those monies acquired by West Coast Vape from credit card purchases on Vape Society's website from on or about October 6-7, 2016.

381.   Vape Society is informed and believes that Defendants' refusal to return the money had and received by Defendants for the use and benefit of Vape Society, as

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

described herein, was part and parcel of a conspiracy involving Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

## EIGHTH CLAIM FOR RELIEF

### (Federal Computer Fraud and Abuse Act – 18 U.S.C. § 1030)

### (Plaintiff against Defendants)

382.   Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316 as if fully set forth herein.

383.   At all relevant times herein, Zeiadeh was an officer, director and a managing employee of Vape Society.

384.   At all relevant times herein, Vape Society was the owner of the domain vapesocietysupply.com.

385.   At all relevant times herein, Vape Society was the owner of its website, located at the URL www.vapesocietysupply.com.

386.   At all relevant times herein, Vape Society kept its confidential and proprietary customer and financial information on the confidential backend of its website.

387.   At all relevant times herein, Vape Society was the owner of the Vape Society Social Media Accounts.

388.    At all relevant times herein, Vape Society was the owner of an email account with Zoho.

389.   At all relevant times herein, Zeiadeh had no right to limit Vape Society's access and/or control to its domain, website, social media accounts or email account with Zoho.

390.   At all relevant times herein, Zeiadeh had no right to allow third parties access and/or control of Vape Society's domain, website, social media accounts or email account with Zoho.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

391.   On or about October 6, 2016, at 7:07 p.m., Vape Society, via email, formally and unequivocally revoked Zeiadeh's right to access the Vape Society Website for any purpose whatsoever.

392.   Vape Society is informed and believes that on or about October 6, 2016, after 7:07 p.m., Zeiadeh accessed a Vape Society computer without authorization, in violation of the Computer Fraud and Abuse Act, 18 U.S.C. section 1030, by engaging in the following activities, among other things:

   a.   Changing a password on a Vape Society computer to prevent Vape Society from accessing and controlling its website, including preventing Vape Society from accessing its confidential and proprietary customer and financial information on the confidential backend of the website;

   b.   Accessing a Vape Society computer to obtain Vape Society's confidential and proprietary customer and financial information;

   c.   Accessing a Vape Society computer to give access and/or control of Vape Society's website, including the confidential backend of the website, to West Coast Vape, Benyameen and/or Ibrahim;

   d.   Destroying data on a Vape Society computer such that instead of monies from credit card purchases on Vape Society's website being paid to Vape Society, the monies were paid to West Coast Vape;

   e.   Changing a password on a Vape Society computer to prevent Vape Society from accessing and controlling the Vape Social Media Accounts;

   f.   Changing a password on a Vape Society computer to prevent Vape Society from accessing and controlling its email account with Zoho;

   g.   Changing a password on a Vape Society computer to prevent Vape

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT**
**FOR DAMAGES AND INJUNCTIVE RELIEF**

Society from accessing and controlling its domain vapesocietysupply.com, including moving said domain from registrar Shopify to GoDaddy, and making Zeiadeh the registrant, admin and tech, with TJZ Enterprises the registrant, admin and tech organization for the domain; and,

h.  Destroying data on a Vape Society computer such that Vape Society's website is no longer the same, and Vape Society does not have a copy of the original website.

393.  By engaging in the aforementioned conduct, Vape Society is informed and believes that Zeiadeh violated the Computer Fraud and Abuse Act, 18 U.S.C. section 1030(a)(2)(C), as he intentionally accessed a Vape Society computer used for interstate commerce or communication, without authorization or by exceeding authorized access to such a computer, and by obtaining information from such a computer.

394.  By engaging in the aforementioned conduct, Vape Society is informed and believes that Zeiadeh violated the Computer Fraud and Abuse Act, 18 U.S.C. section 1030(a)(4), as he knowingly, and with the intent to defraud, accessed a Vape Society computer without authorization, or exceeded authorized access, and by means of such conduct furthered the intended fraud and obtained one or more things of value.

395.  By engaging in the aforementioned conduct, Vape Society is informed and believes that Zeiadeh violated the Computer Fraud and Abuse Act, 18 U.S.C. section 1030(a)(5)(A), as he knowingly caused the transmission of a program, information, code, or command, and as a result of such conduct, intentionally caused damage, without authorization, to a Vape Society computer.

396.  By engaging in the aforementioned conduct, Vape Society is informed and believes that Zeiadeh violated the Computer Fraud and Abuse Act, 18 U.S.C. section 1030(a)(5)(B), as he intentionally accessed a Vape Society computer without authorization, and as a result of such conduct, recklessly caused damage.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

397.   By engaging in the aforementioned conduct, Vape Society is informed and believes that Zeiadeh violated the Computer Fraud and Abuse Act, 18 U.S.C. section 1030(a)(5)(C), as he intentionally accessed a Vape Society computer without authorization, and as a result of such conduct, caused damage and loss.

398.   The Vape society computer Zeiadeh accessed, as described above, constitutes a "protected computer" within the meaning of 18 U.S.C. section 1030(e)(2).

399.   Vape Society is informed and believes that Zeiadeh violating the Computer Fraud and Abuse Act, as described herein, was part and parcel of a conspiracy involving Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

400.   By reason of the aforementioned unlawful access to and harming of a Vape Society protected computer by Zeiadeh, and as a direct foreseeable consequence thereof, Vape Society suffered loss, including, without limitation, losses incurred during the investigation of Zeiadeh's improper access in an amount according to proof at the time of trial herein, but, in any event, more than $5,000.00 aggregated over a one-year period.

401.   Vape Society is informed and believes that unless enjoined and restrained by this Court, Defendants will continue to unlawfully access and harm a Vape Society computer.  Further, Vape Society has no adequate remedy at law and will continue to suffer irreparable injury unless this Court grants a preliminary injunction, pursuant to Federal Rules of Civil Procedure Rule 65, and permanent injunction enjoining and restraining Defendants and their agents, employees and all persons in concert or participation with them from:

    a.   Accessing or controlling Vape Society's domain vapesocietysupply.com.  In accordance, Defendants must cooperate with Vape Society and take all reasonable measures

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

necessary for Vape Society to access and control its domain, including providing all passwords;

    b.    Accessing or controlling Vape Society's website, located at the URL www.vapesocietysupply.com.  In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its website, including providing all passwords;

    c.    Accessing or controlling the Vape Society Social Media Accounts. In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control the Vape Society Social Media Accounts, including providing all passwords;

    d.    Accessing or controlling Vape Society's email account with Zoho. In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its email account with Zoho, including providing all passwords; and,

    e.    Representing, directly or indirectly, to any person that they, or any of them, are authorized to act on behalf of Vape Society, or otherwise own Vape Society's domain vapesocietysupply.com and/or the Vape Society Website and/or the Vape Society Social Media Accounts and/or Vape Society's email account with Zoho.

## NINTH CLAIM FOR RELIEF

**(California Comprehensive Computer Data Access Fraud Act – California Penal Code § 502)**

**(Plaintiff against Defendants)**

402.   Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316, as if fully set forth herein.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

403.   At all relevant times herein, Zeiadeh was an officer, director and a managing employee of Vape Society.

404.   At all relevant times herein, Vape Society was the owner of the domain vapesocietysupply.com.

405.   At all relevant times herein, Vape Society was the owner of its website, located at the URL www.vapesocietysupply.com.

406.   At all relevant times herein, Vape Society kept its confidential and proprietary customer and financial information on the confidential backend of its website.

407.   At all relevant times herein, Vape Society was the owner of the Vape Society Social Media Accounts.

408.    At all relevant times herein, Vape Society was the owner of an email account with Zoho.

409.   At all relevant times herein, Zeiadeh had no right to limit Vape Society's access and/or control to its domain, website, social media accounts or email account with Zoho.

410.   At all relevant times herein, Zeiadeh had no right to allow third parties access and/or control of Vape Society's domain, website, social media accounts or email account with Zoho.

411.   On or about October 6, 2016, at 7:07 p.m., via email, Vape Society formally and unequivocally revoked Zeiadeh's right to access the Vape Society Website for any purpose whatsoever.

412.   Vape Society is informed and believes that on or about October 6, 2016, after 7:07 p.m., Zeiadeh accessed a Vape Society computer without authorization, in violation of the California Comprehensive Computer Data Access Fraud Act, California Penal Code section 502, by engaging in the following activities, among other things:

   a.       Changing a password on a Vape Society computer to prevent Vape

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

Society from accessing and controlling its website, including preventing Vape Society from accessing its confidential and proprietary customer and financial information on the confidential backend of the website;

b. Accessing a Vape Society computer to obtain Vape Society's confidential and proprietary customer and financial information;

c. Accessing a Vape Society computer to give access and/or control of Vape Society's website, including the confidential backend of the website, to West Coast Vape, Benyameen and/or Ibrahim;

d. Destroying data on a Vape Society computer such that instead of monies from credit card purchases on Vape Society's website being paid to Vape Society, the monies were paid to West Coast Vape;

e. Changing a password on a Vape Society computer to prevent Vape Society from accessing and controlling the Vape Social Media Accounts;

f. Changing a password on a Vape Society computer to prevent Vape Society from accessing and controlling its email account with Zoho;

g. Changing a password on a Vape Society computer to prevent Vape Society from accessing and controlling its domain vapesocietysupply.com, including moving said domain from registrar Shopify to GoDaddy, and making Zeiadeh the registrant, admin and tech, with TJZ Enterprises the registrant, admin and tech organization for the domain; and,

h. Destroying data on a Vape Society computer such that Vape Society's website is no longer the same, and Vape Society does not have a copy of the original website.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

413.   By engaging in the aforementioned conduct, Vape Society is informed and believes that Zeiadeh violated the California Comprehensive Computer Data Access Fraud Act, Penal Code section 502(c)(1), as he knowingly accessed and without permission altered, damaged, deleted, destroyed or otherwise used Vape Society data, computer, computer system or computer network to either defraud and/or deceive Vape Society.

414.   By engaging in the aforementioned conduct, Vape Society is informed and believes that Zeiadeh violated the California Comprehensive Computer Data Access Fraud Act, Penal Code section 502(c)(1), as he knowingly accessed and without permission altered, damaged, deleted, destroyed or otherwise used Vape Society' data, computer, computer system or computer network to wrongfully control or obtain Vape Society property or data.

415.   By engaging in the aforementioned conduct, Vape Society is informed and believes that Zeiadeh violated the California Comprehensive Computer Data Access Fraud Act, Penal Code section 502(c)(2), as he knowingly accessed and without permission took, copied or made use of Vape Society's data from a computer, computer system or computer network.

416.   By engaging in the aforementioned conduct, Vape Society is informed and believes that Zeiadeh violated the California Comprehensive Computer Data Access Fraud Act, Penal Code section 502(c)(4), as he knowingly accessed and without permission added, altered, damaged, deleted or destroyed data, computer software or computer programs which reside or exist internal or external to a Vape Society computer, computer system or computer network.

417.   By engaging in the aforementioned conduct, Vape Society is informed and believes that Zeiadeh violated the California Comprehensive Computer Data Access Fraud Act, Penal Code section 502(c)(5), as he knowingly and without permission disrupted or caused the disruption of computer services or denied or caused the denial of computer services to an authorized user of Vape Society's

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

computer, computer system or computer network.

418.   By engaging in the aforementioned conduct, Vape Society is informed and believes that Zeiadeh violated the California Comprehensive Computer Data Access Fraud Act, Penal Code section 502(c)(7), as he knowingly and without permission accessed a Vape Society computer, computer system or computer network.

419.   Vape Society is informed and believes that Zeiadeh violating the California Comprehensive Computer Data Access Fraud Act, as described herein, was part and parcel of a conspiracy involving Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

420.   By reason of the aforementioned unlawful conduct, within the meaning of California Penal Code section 502, and as a direct and foreseeable consequence thereof, Vape Society is informed and believes that it has been damaged in an amount in excess of $1,000,000.00, according to proof at the time of trial herein.

421.   By reason of the aforementioned unlawful conduct, within the meaning of California Penal Code section 502, Vape Society is entitled to recover its reasonable attorney's fees, pursuant to California Penal Code section 502(e).

422.   Vape Society is informed and believes that unless enjoined and restrained by this Court, Defendants will continue to unlawfully access and harm Vape Society's computer, computer system or computer network.  Further, Vape Society has no adequate remedy at law and will continue to suffer irreparable injury unless this Court grants a preliminary injunction, pursuant to Federal Rules of Civil Procedure Rule 65, and permanent injunction enjoining and restraining Defendants and their agents, employees and all persons in concert or participation with them from:

a.   Accessing or controlling Vape Society's domain vapesocietysupply.com.  In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its domain,

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

including providing all passwords;

    b.    Accessing or controlling Vape Society's website, located at the URL www.vapesocietysupply.com.  In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its website, including providing all passwords;

    c.    Accessing or controlling the Vape Society Social Media Accounts. In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control the Vape Society Social Media Accounts, including providing all passwords;

    d.    Accessing or controlling Vape Society's email account with Zoho. In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its email account with Zoho, including providing all passwords; and,

    e.    Representing, directly or indirectly, to any person that they, or any of them, are authorized to act on behalf of Vape Society, or otherwise own Vape Society's domain vapesocietysupply.com and/or the Vape Society Website and/or the Vape Society Social Media Accounts and/or Vape Society's email account with Zoho.

423.   Vape Society is informed and believes that the aforementioned unlawful conduct, within the meaning of California Penal Code section 502, was willful, intentional, malicious and oppressive and constitutes despicable conduct.  Pursuant to California Penal Code section 502(e)(4), the conduct entitles Vape Society an award of punitive damages against Defendants in an amount to be ascertained at the time of trial herein.

/ / / /

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

### TENTH CLAIM FOR RELIEF

### (Copyright Infringement - 17 U.S.C. §§ 106 and 501)

### (Plaintiff against Defendants)

424.    Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316, as if fully set forth herein.

425.    Vape Society has valid and enforceable rights in the Vape Society Copyright Material.

426.    Through Defendants' conduct averred herein, Defendants have infringed the Vape Society Copyright Material in violation of the Copyright Act, 17 U.S.C. sections 106 and 501, in one or more ways, including but not limited to, acts of unauthorized alteration, copying, reproduction, publication, and removal of copyright management information

427.    Vape Society is informed and believes that the infringement of the Vape Society Copyright Material, as described herein, was part and parcel of a conspiracy involving Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

428.    Defendants' acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to the Vape Society Copyright Material.

429.    By reason of the aforementioned copyright infringement, and as a direct and foreseeable consequence thereof, Vape Society is informed and believes that it has been damaged in an amount in excess of $1,000,000.00, according to proof at the time of trial herein.

430.    Pursuant to 17 U.S.C. section 504(b), Vape Society is also entitled to Defendants' profits attributable to the copyright infringement, including an accounting of and a constructive trust with respect to such profits.

431.    Vape Society is informed and believes that unless enjoined and restrained by this Court, Defendants will continue to infringe on the Vape Society Copyright

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

Material. Further, Vape Society has no adequate remedy at law and will continue to suffer irreparable injury unless this Court grants a preliminary injunction, pursuant to Federal Rules of Civil Procedure Rule 65, and permanent injunction enjoining and restraining Defendants and their agents, employees and all persons in concert or participation with them from:

        a.    Using, retaining or copying any portion of the Vape Society Copyright Material.

## **ELEVENTH CLAIM FOR RELIEF**

### **(Violation of the Digital Millennium Copyright Act – 17 U.S.C. § 1202)**

### **(Plaintiff against Defendants)**

432.   Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316, as if fully set forth herein.

433.   Vape Society is the sole and exclusive copyright holder of images submitted for registration in the Vape Society Copyright Material.

434.   Zeiadeh, individually, or by and through one or more agents, intentionally altered and/or removed copyright management information from thousands of images in which Vape Supply is the sole and exclusive copyright holder and published the same on the VS Supplies Website (the "Infringing Works").

435.   Zeiadeh, individually, or by and through one or more agents, removed and/or altered copyright management information knowing, or having reasonable grounds to know that such actions would conceal infringement of Vape Society's copyright.

436.   Zeiadeh, individually, or by and through one or more agents, provided and distributed false copyright management information on the Infringing Works to facilitate or conceal the infringement of Vape Society's copyright.

437.   Zeiadeh's acts, as alleged herein, violate one or more provision of the Digital Millennium Copyright Act ("DMCA"), including but not limited to section 1202.

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT**
**FOR DAMAGES AND INJUNCTIVE RELIEF**

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

438.   Vape Society is informed and believes that the wrongful conduct, as described herein, was part and parcel of a conspiracy involving Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

439.   As a result of Zeiadeh's violations of the DMCA, Vape Society has sustained and will continue to sustain substantial injuries.

440.   Further irreparable harm is imminent because of Zeiadeh's wrongful acts and Vape Society is without an adequate remedy at law.   Vape Society is, therefore, entitled to an injunction, in accordance with 17 U.S.C. section 1203(b), restraining Zeiadeh, his agents employees, representatives, assigns, and all persons acting in concert with him from engaging in further violations of the DMCA.

441.   At its election, and in lieu of Zeiadeh's profits derived from violations of the DMCA, Vape Society is entitled to recover statutory damages for each violation of the Act, in accordance with 17 U.S.C. section 1203(c)(3)(B).

442.   Further, Vape Society is entitled to recover costs and attorneys' fees in accordance with 17 U.S.C. section 1203(b)(4) and (5).

## TWELFTH CLAIM FOR RELIEF

### (Trademark Infringement / False Designation of Origin / Passing-Off / Unfair Competition under § 43(A) of The Lanham Act – 15 U.S.C. § 1125(a))

### (Plaintiff against Defendants)

443.   Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316, as if fully set forth herein.

444.   Vape Society is the sole and exclusive owner of the VAPE SOCIETY Trademarks.

445.   As a result of the continuous, widespread and extensive use of the VAPE SOCIETY Trademarks, together with the substantial and ongoing investment of resources in the marketing, promotion and sales activities of the VAPE SOCIETY

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

109

Mark, the VAPE SOCIETY Trademarks are exceedingly strong and have engendered significant goodwill and a favorable reputation and renown throughout the United States.

446.   The trade and relevant members of the public associate and identify VAPE SOCIETY Trademarks with Vape Society's services and/or goods.

447.   Vape Society has cultivated goodwill in the VAPE SOCIETY Trademarks and the services and/or goods bearing the VAPE SOCIETY Trademarks.

448.   Defendants' advertisement, sale, offer for sale and/or other use of the VAPE SOCIETY Trademarks, or confusingly similar marks, constitute false designation of origin or sponsorship of said services and/or goods, misrepresent the source of services and/or goods and inappropriately suggests that said services and/or goods have been endorsed, sponsored, approved or licensed by Vape Society.

449.   Defendants' unauthorized and unlicensed use of the VAPE SOCIETY Trademarks, is likely to cause confusion, mistake or deception as to the source origin or approval of Defendants' services and/or goods, and also constitutes false designations of origin, passing-off and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. section 1125(a).

450.   Defendants' activities are intended to deceive, and are likely to lead members of the public to conclude, incorrectly, that Defendants' services and/or goods are licensed, authenticated and/or endorsed by Vape Society, to the damage and harm of Vape Society and the public.

451.   Vape Society is informed and believes that Defendants have acted knowingly, willfully and with malice in intentionally attempting to confuse the public as to the source of the services and/or goods they offer for sale in connection with the VAPE SOCIETY Trademarks.

452.   Vape Society is informed and believes that the infringement of the VAPE SOCIETY Trademarks, as described herein, was part and parcel of a conspiracy involving Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

453.   As a result of each of Defendants' wrongful actions, Vape Society has suffered irreparable injury to its business, reputation and goodwill in addition to damages, including lost profits.

454.   Defendants will, if not preliminary and permanently enjoined by the Court, continue their acts of infringement, thereby deceiving the public, trading on the goodwill established in the VAPE SOCIETY Trademarks, and causing Vape Society immediate and irreparable harm, damage and injury for which Vape Society has no adequate remedy at law.  Accordingly, Vape Society is entitled to preliminary and permanent injunctive relief pursuant to 15 U.S.C. section 1116(a), as follows:

a.   Offering for sale, selling, advertising and/or promoting any services or goods with the VAPE SOCIETY Trademarks;

b.   Engaging in any activity constituting an infringement or otherwise harming of the VAPE SOCIETY Trademarks and/or Vape Society's goodwill; and,

c.   Using any false designation of origin or false description which can or is likely to lead the trade or public, or individual members thereof, erroneously to believe either that any of Defendants' services or goods were offered for sale, sold, licensed, sponsored, approved, endorsed, authenticated or authorized by Vape Society, or that Vape Society is affiliated, connected and/or associated with Defendants.

455.   By reason of the aforementioned conduct, Vape Society is also entitled to the cost of corrective advertising.

456.   Defendants' unlawful and willful conduct renders this case an exceptional case, and therefore Vape Society is entitled to recover reasonable attorney's fees pursuant to 15 U.S.C. section 1117(a).

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

## THIRTEENTH CLAIM FOR RELIEF

### (Cybersquatting – 15 U.S.C. § 1125(d))

### (Plaintiff against Defendants)

457.    Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316, as if fully set forth herein.

458.    Vape Society is the sole and exclusive owner of the VAPE SOCIETY Trademarks.

459.    As a result of the continuous, widespread and extensive use of the VAPE SOCIETY Trademarks, together with the substantial and ongoing investment of resources in the marketing, promotion and sales activities of the VAPE SOCIETY Trademarks, the VAPE SOCIETY Trademarks are exceedingly strong and have engendered significant goodwill and a favorable reputation and renown throughout the United States.

460.    The VAPE SOCIETY SUPPLY Mark was distinctive at the time Zeiadeh registered the VS Supplies domain, www.vapesocietysupplies.com (the "VS Supplies URL"), in or about September 2015.

461.    The VAPE SOCIETY SUPPLY Mark was a trademark of Vape Society at the time Zeiadeh registered the VS Supplies URL.

462.    The VAPE SOCIETY Logo contains and displays Vape Society's true URL, www.vapesocietysupply.com (the "Vape Society URL").

463.    A substantially similar version of the VAPE SOCIETY Logo was utilized by Vape Society and was distinctive at the time Zeiadeh registered the VS Supplies URL.

464.    A substantially similar version of the VAPE SOCIETY Logo was utilized by Vape Society and was a trademark of Vape Society at the time Zeiadeh registered the VS Supply URL.

465.    Zeiadeh acquired the VS Supplies URL by and on behalf of Vape Society.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

466.   The VS Supplies URL was acquired by Vape Society because the URL was confusingly and substantially similar to the Vape Society URL, and to prevent competitors from acquiring the VS Society URL to wrongfully compete with Vape Society by trading on Vape Society's trademarks and goodwill.

467.   The VS Supplies URL has, since its creation, been an asset paid for and belonging to Vape Society.

468.   On or about October 20, 2016, Zeiadeh wrongfully converted the VS Supply URL to his own use and wrongfully used the URL to publish the VS Supplies Website which represents a counterfeit copy of the Vape Society Website, utilizing the VAPE SOCIETY Trademarks and the Vape Society Copyright Material.

469.   Zeiadeh's use of the VS Supply URL, as described herein, wrongfully infringes one or more the VAPE SOCIETY Trademarks.

470.   Zeiadeh's traffic and use of the VS Supplies URL is in bad faith and done with the intent to wrongfully profit from the use of one or more of the VAPE SOCIETY TRADEMARKS, in violation of 15 U.S.C. section 1125(d).

471.   Zeiadeh's intent to profit is evidenced by one or more acts, including but not limited to, wrongfully:

a.   Utilizing the VS Supplies URL, which is confusingly similar to the Vape Society URL and infringes one or more VAPE SOCIETY Trademarks;

b.   Preventing sales by Vape Society;

c.   Diverting sales from Vape Society to one or more Defendants; and,

d.   Extorting money from Vape Society by demanding monetary compensation for the return of the Vape Society URL that rightfully belongs to Vape Society.

472.   Zeiadeh's wrongful use of the VS Supplies URL is likely to cause confusion, mistake or deception as to the source origin or approval of Defendants' services and/or goods, in violation of Section 43(a) of the Lanham Act, 15 U.S.C.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

section 1125(a).

473.   Zeiadeh's wrongful activities are intended to deceive, and are likely to lead members of the public to conclude, incorrectly, that Defendants' services and/or goods are licensed, authenticated and/or endorsed by Vape Society, to the damage and harm of Vape Society and the public.

474.   Vape Society is informed and believes that the infringement of the VAPE SOCIETY Trademarks, through the wrongful use of the VS Society URL, was part and parcel of a conspiracy involving Zeiadeh, Dawood, West Coast Vape, Benyameen Ibrahim and Diab, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

475.   As a result of each of Defendants' wrongful actions, Vape Society has suffered irreparable injury to its business, reputation and goodwill in addition to damages, including lost profits.

476.   Defendants will, if not preliminary and permanently enjoined by the Court, continue their acts of infringement, thereby deceiving the public, trading on the goodwill established in the VAPE SOCIETY Trademarks, and causing Vape Society immediate and irreparable harm, damage and injury for which Vape Society has no adequate remedy at law.

## FOURTEENTH CLAIM FOR RELIEF

### (Trademark Infringement under California Law – California Business & Professions Code §§ 14245 and 14250)

### (Plaintiff against Defendants)

477.   Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316, as if fully set forth herein.

478.   Vape Society's unauthorized use of the VAPE SOCIETY Trademarks, or confusingly similar marks, is likely to cause confusion because the relevant consuming public is likely to believe that services and/or goods sold or offered for sale by Defendants are sponsored or authorized by Vape Society.  Such acts constitute

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

trademark infringement under California Business & Professions Code sections 14245 and 14250.

479.   Defendants had knowledge of Vape Society's prior use of the VAPE SOCIETY Trademarks, but nevertheless used and continued to use the VAPE SOCIETY Trademarks, or confusingly similar marks, without authorization and in disregard of Vape Society's rights.

480.   Defendants' infringement of the VAPE SOCIETY Trademarks was and is willful, committed with the intent of trading on Vape Society's goodwill and reputation.

481.   Vape Society is informed and believes that the infringement of the VAPE SOCIETY Trademarks, as described herein, was part and parcel of a conspiracy involving Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

482.   Defendants' infringement of the VAPE SOCIETY Trademarks has irreparably harmed and damaged Vape Society's valuable goodwill and reputation and has adversely affected Vape Society's business and the VAPE SOCIETY Trademarks.

483.   Vape Society is informed and believes that Defendants have profited from their infringement of the VAPE SOCIETY Trademarks.

484.   By reason of the aforementioned trademark infringement, and as a direct and foreseeable consequence thereof, Vape Society is informed and believes that it has been damaged in an amount in excess of $1,000,000.00, according to proof at the time of trial herein.

485.   Vape Society is informed and believes that unless enjoined and restrained by this Court, Defendants will continue to infringe the VAPE SOCIETY Trademarks. Further, Vape Society has no adequate remedy at law and will continue to suffer irreparable injury unless this Court grants a preliminary injunction, pursuant to Federal Rules of Civil Procedure Rule 65, and permanent injunction enjoining and

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

restraining Defendants and their agents, employees and all persons in concert or participation with them from:

      a.    Offering for sale, selling, advertising and/or promoting any services or goods with the VAPE SOCIETY Trademarks;

      b.    Engaging in any activity constituting an infringement or otherwise harming of the VAPE SOCIETY Trademarks and/or Vape Society's goodwill;

      c.    Using any false designation of origin or false description which can or is likely to lead the trade or public, or individual members thereof, erroneously to believe either that any of Defendants' services or goods were offered for sale, sold, licensed, sponsored, approved, endorsed, authenticated or authorized by Vape Society, or that Vape Society is affiliated, connected and/or associated with Defendants.

## FIFTEENTH CLAIM FOR RELIEF

### (Common Law Passing-Off)

### (Plaintiff against Defendants)

486.   Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316, as if fully set forth herein.

487.   Vape Society has expanded much effort in the form of advertising, promotion, and sales to promote the VAPE SOCIETY Trademarks.

488.   The VAPE SOCIETY Trademarks have developed secondary meaning as an indicator that Vape Society is the source of the services and/or goods being purchased by consumers.

489.   Vape Society is informed and believes that Defendants, without authorization, have knowingly and willfully used the VAPE SOCIETY Trademarks in connection with the sale, offering for sale and advertising of services and/or goods.

490.   Vape Society is informed and believes that Defendants, without

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

authorization, have knowingly and willfully sold services and/or goods under the VAPE SOCIETY Mark.

491.   Vape Society is informed and believes that Defendants' actions constitute a knowing and willful passing-off of the services and/or goods of Defendants as those authorized for sale by Vape Society.

492.   Vape Society is informed and believes that the conduct of passing off of the services and/or goods by Defendants as those authorized for sale by Vape Society, as described herein, was part and parcel of a conspiracy involving Zeiadeh, Dawood, West Coast Vape, Benyameen, Ibrahim and Diab, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

493.   Defendants' conduct herein has caused Vape Society damage, and if not enjoined, will continue to damage Vape Society irreparably, including without limitation to its reputation and goodwill, which Vape Society has established over the years.  Vape Society has no adequate remedy at law for the unauthorized and unlawful acts by Defendants and is, therefore, entitled to preliminary and permanent injunctive relief.

494.   By reason of the aforementioned conduct, Vape Society is, therefore, entitled to:

> a.   Preliminary and permanent injunctions enjoining Defendants from using the VAPE SOCIETY Trademarks and, more specifically: (1) enjoining Defendants from the use of the VAPE SOCIETY Trademarks in connection with the advertising, marketing and sale of services and/or goods; (2) enjoining Defendants from passing off Vape Society's services and/or goods of their own; and, (3) enjoining Defendants from passing off competing services and/or goods as those of Vape Society;
>
> b.   An accounting of all profits by Defendants from sales through

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

their use of the VAPE SOCIETY Trademarks; and,

c.    The imposition of a constructive trust in favor of Vape Society on all profits obtained from Defendants' passing off.

### SIXTEENTH CLAIM FOR RELIEF

**(Unfair Competition – California Business & Professional Code § 17200, *et seq.*)**

**(Plaintiff against Defendants)**

495.    Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316, 318 through 324, 327 through 333, 336 through 343, 346 through 353, 356 through 359, 361 through 369, and 372 through 381, 383 through 401, 403 through 422, 425 through 431, 433 through 442, 444 through 456, 458 through 476, 478 through 485, and 487 through 494, as if fully set forth herein.

496.    Defendants engaged in unlawful business acts or practices, including, but not limited to committing acts of breach of fiduciary duty, breach of duty of loyalty, interference with contractual relationships, interference with prospective business advantage, conversion, computer fraud, copyright infringement, trademark infringement and other illegal acts and practices, as alleged above, all in an effort to gain unfair competitive advantage over Vape Society.

497.    The acts and conduct of Defendants constitute fraudulent, unlawful and unfair competition as defined by California Business & Professions Code sections 17200, *et seq.*

498.    Defendants' conduct constitutes violations of state and federal statutes, along with common law, including, among other things, violation of the Computer Fraud and Abuse Act (18 U.S.C. § 1030), violation of the Comprehensive Computer Data Access and Fraud Act (California Penal Code § 502), copyright infringement (17 U.S.C. §§ 106 and 501), Digital Millennium Copyright Act (17 U.S.C. § 1202), trademark infringement (15 U.S.C. § 1125(a) and California Business & Professions Code §§ 14245 and 14205), Cybersquatting (15 U.S.C. § 1125(d)), breach of fiduciary duty, breach of duty of loyalty (California Labor Code §§ 2860 and 2863),

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

1  interference with contractual relationships, interference with prospective business

2  advantage, and conversion, as described above.

3      499.   As Defendants were unjustly enriched by their improper and unlawful

4  conduct at the expense of Vape Society, it would be inequitable to allow Defendants

5  to retain the benefit of the funds obtained through their actions.  Accordingly, as

6  provided by of California Business and Professions Code sections 17200 and 17203,

7  Vape Society is entitled to restitution.

8      500.   Defendants' unfair business practices caused and are causing Vape

9  Society to suffer competitive harm and damages.

10      501.   As a direct and proximate result of Defendants' unfair competition, Vape

11  Society also suffered irreparable injury and, unless Defendants are enjoined from such

12  unfair competition, Vape Society will continue to suffer irreparable injury, whereby it

13  has no adequate remedy at law.  Thus, Vape Society is entitled to injunctive relief, as

14  provided by of California Business and Professions Code sections 17200 and 17203.

15           **SEVENTEENTH CLAIM FOR RELIEF**

16      **(Theft of Trade Secrets – Defend Trade Secrets Act of 2016**

17           **(18 U.S.C. § 1832, *et seq*.))**

18           **(Plaintiff against Defendants)**

19      502.   Vape Society realleges and incorporates by reference the allegations of

20  paragraphs 1 through 316, as if fully set forth herein.

21      503.   Vape Society's confidential and proprietary customer and financial

22  information on the confidential backend of the Vape Society Website is a trade secret

23  within the meaning of the Defend Trade Secrets Act of 2016, 18 U.S.C. section 1832,

24  *et seq*.  Such information derives actual and potential economic value from not being

25  generally known to the public or to other persons who can obtain economic value for

26  their disclosure or use.

27      504.   Vape Society made reasonable efforts under the circumstances to

28  maintain and protect the secrecy of such trade secrets, including having Vape

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

1   Society's confidential and proprietary customer and financial information on a

2   password and user-ID protected system, and having an external IT company that

3   protects its servers and data such that no one from the outside can access Vape

4   Society's confidential and proprietary customer and financial information.

5       505.   Vape Society is informed and believes that Defendants misappropriated

6   Vape Society's trade secrets by improperly using and/or disclosing the trade secrets

7   without Vape Society's authorization or consent.

8       506.   Defendants knew or had reason to know that the trade secrets were

9   proprietary and secret, and under the circumstances, gave rise to a duty to maintain

10   secrecy.

11       507.   Vape Society is informed and believes that the misappropriation of trade

12   secrets, as described herein, was part and parcel of a conspiracy involving Zeiadeh,

13   Dawood, West Coast Vape, Benyameen and Ibrahim, and each of them, to, among

14   other things, wrongfully divert business away from Vape Society and move it to West

15   Coast Vape.

16       508.   Defendants' misappropriation of Vape Society's trade secrets has caused

17   and will continue to cause Vape Society substantial injury, including, but not limited

18   to lost profits and the diminution in value of its trade secrets.  In addition, Defendants'

19   have been unjustly enriched by its misappropriation of Vape Society's trade secrets.

20       509.   By reason of the aforementioned misappropriation of trade secrets, and as

21   a direct and foreseeable consequence thereof, Vape Society is informed and believes

22   that it has been damaged in an amount in excess of $1,000,000.00, according to proof

23   at the time of trial herein.  Moreover, in addition to recovering its actual damages,

24   Vape Society is entitled to recover for Defendants' unjust enrichment resulting from

25   the misappropriation.

26       510.   Vape Society is informed and believes that unless enjoined and restrained

27   by this Court, Defendants will continue to misappropriate Vape Society's trade

28   secrets.  Further, Vape Society has no adequate remedy at law and will continue to

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

120

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

suffer irreparable injury unless this Court grants a preliminary injunction, pursuant to Federal Rules of Civil Procedure Rule 65, and permanent injunction enjoining and restraining Defendants and their agents, employees and all persons in concert or participation with them from:

          a.     Using, retaining or copying any portion of Vape Society's customer and financial information that is on the confidential backend of the Vape Society Website.

511.   Vape Society is informed and believes that the aforementioned misappropriation of Vape Society's trade secrets was willful and malicious.  The conduct entitles Vape Society an award of punitive damages against Defendants in an amount to be ascertained at the time of trial herein.

## EIGHTEENTH CLAIM FOR RELIEF

### (Trade Secret Misappropriation – California Uniform Trade Secrets Act (California Civil Code § 3426, *et seq.*))

### (Plaintiff against Defendants)

512.   Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316, as if fully set forth herein.

513.   Vape Society's confidential and proprietary customer and financial information on the backend of the Vape Society Website is a trade secret within the meaning of the California Uniform Trade Secrets Act, California Civil Code section 3426, *et seq.*  Such information derives actual and potential economic value from not being generally known to the public or to other persons who can obtain economic value for their disclosure or use.

514.   Vape Society made reasonable efforts under the circumstances to maintain and protect the secrecy of such trade secrets, including having Vape Society's confidential and proprietary customer and financial information on a password and user-ID protected system, and having an external IT company that protects its servers and data such that no one from the outside can access Vape

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

Society's confidential and proprietary customer and financial information.

515.   Vape Society is informed and believes that Defendants misappropriated Vape Society's trade secrets by improperly using and/or disclosing the trade secrets without Vape Society's authorization or consent.

516.   Defendants knew or had reason to know that the trade secrets were proprietary and secret, and under the circumstances, gave rise to a duty to maintain secrecy.

517.   Vape Society is informed and believes that the misappropriation of trade secrets, as described herein, was part and parcel of a conspiracy involving Zeiadeh, Dawood, West Coast Vape, Benyameen and Ibrahim, and each of them, to, among other things, wrongfully divert business away from Vape Society and move it to West Coast Vape.

518.   Defendants' misappropriation of Vape Society's trade secrets has caused and will continue to cause Vape Society substantial injury, including, but not limited to lost profits and the diminution in value of its trade secrets.  In addition, Defendants' have been unjustly enriched by its misappropriation of Vape Society's trade secrets.

519.   By reason of the aforementioned misappropriation of trade secrets, and as a direct and foreseeable consequence thereof, Vape Society is informed and believes that it has been damaged in an amount in excess of $1,000,000.00, according to proof at the time of trial herein.  Moreover, in addition to recovering its actual damages, Vape Society is entitled to recover for Defendants' unjust enrichment resulting from the misappropriation.

520.   Vape Society is informed and believes that unless enjoined and restrained by this Court, Defendants will continue to misappropriate Vape Society's trade secrets.  Further, Vape Society has no adequate remedy at law and will continue to suffer irreparable injury unless this Court grants a preliminary injunction, pursuant to Federal Rules of Civil Procedure Rule 65, and permanent injunction enjoining and restraining Defendants and their agents, employees and all persons in concert or

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

122

VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF

participation with them from:

a.    Using, retaining or copying any portion of Vape Society's customer and financial information that is on the confidential backend of the Vape Society Website.

521.   Vape Society is informed and believes that the aforementioned misappropriation of Vape Society's trade secrets was willful and malicious.  The conduct entitles Vape Society an award of punitive damages against Defendants in an amount to be ascertained at the time of trial herein, along with its reasonable attorneys' fees, costs and expenses.

## NINETEENTH CLAIM FOR RELIEF

### (Accounting)

### (Plaintiff against Defendants)

522.   Vape Society realleges and incorporates by reference the allegations of paragraphs 1 through 316, 318 through 324, 327 through 333, 336 through 343, 346 through 353, 356 through 359, 361 through 369, and 372 through 381, 383 through 401, 403 through 422, 425 through 431, 433 through 442, 444 through 456, 458 through 476, 478 through 485, and 487 through 494, 503 through 510, and 513 through 520, as if fully set forth herein.

523.   As a result of the wrongful and tortuous acts alleged herein, Defendants are now in the possession of substantial sums that properly should be conveyed to Vape Society.  Defendants have delivered no part of said sums to Vape Society.

524.   Vape Society has been and will be unable to ascertain the precise amount of the sums held by Defendants as constructive trustees without a full and complete accounting by Defendants.  Vape Society prays that this Court impose a constructive trust of all profits and other sums obtained by Defendants from the wrongful and torturous acts alleged herein and require a full and complete accounting to Vape Society of all said sums forthwith.

/ / / /

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

## **PRAYER FOR RELIEF**

WHERFORE, Vape Society respectfully prays that this Court grant the following relief:

1.      For compensatory damages, in an amount in excess of $1,000,000.00, according to proof at the time of trial herein.

2.      Damages as permitted by the Digital Millennium Copyright Act, including but not necessarily limited to statutory damages, costs and attorney fees.

3.      Entry of an order directing Defendants to transfer registration of Vape Society's domain, vapesocietysupply.com, to Vape Society.

4.      Entry of an order directing Defendants to transfer registration of the VS Supplies domain, vapesocietysupplies.com, to Vape Society.

5.      For a preliminary, and thereafter, permanent injunction, enjoining and restraining Defendants and their agents, employees and all persons in concert or participation with them from:

     a.      Accessing or controlling Vape Society's domain vapesocietysupply.com.  In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its domain, including providing all passwords;

     b.      Accessing or controlling Vape Society's website, located at the URL www.vapesocietysupply.com.  In accordance, Defendants must cooperate with Vape Society and take all reasonable measures necessary for Vape Society to access and control its website, including providing all passwords;

     c.      Continuing to operate the knockoff VS Supplies Website located at the URL www.vapesocietysupplies.com;

     d.      Accessing or controlling the Vape Society Social Media Accounts.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

1        In accordance, Defendants must cooperate with Vape Society and

2        take all reasonable measures necessary for Vape Society to access

3        and control the Vape Society Social Media Accounts, including

4        providing all passwords;

5      e.    Accessing or controlling Vape Society's email account with Zoho.

6        In accordance, Defendants must cooperate with Vape Society and

7        take all reasonable measures necessary for Vape Society to access

8        and control its email account with Zoho, including providing all

9        passwords;

10     f.    Contacting, soliciting or doing business with:  (1) any customer of

11        Vape Society whose identity was learned during the course of

12        Zeiadeh's employment with Vape Society, and/or (2) any customer

13        who is identified as a purchaser of product from Vape Society on

14        the confidential backend of the Vape Society Website, and/or (3)

15        any advertiser on the Vape Society Website who is identified on

16        the confidential backend of Vape Society's website; and,

17     g.    Representing, directly or indirectly, to any person that they, or any

18        of them, are authorized to act on behalf of Vape Society, or

19        otherwise own Vape Society's domain <u>vapesocietysupply.com</u>

20        and/or the Vape Society Website and/or the Vape Society Social

21        Media Accounts and/or Vape Society's email account with Zoho.

22     h.    Posting, publishing and/or operating the VS Supplies Website,

23        <u>www.vapesocietysupplies.com</u>.

24     i.    Registering any URL that is confusingly or substantially similar to

25        the Vape Society URL.

26     j.    Registering any URL that is confusingly or substantially similar to

27        one or more VAPE SOCIETY Trademarks.

28     k.    Posting, publishing and/or operating any URL that is confusingly

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

or substantially similar to the Vape Society URL.

l.    Posting, publishing and/or operating any URL that is confusingly or substantially similar to one or more VAPE SOCIETY Trademarks.

6.    For a preliminary, and thereafter, permanent injunction enjoining and restraining Defendants and their agents, employees and all persons in concert or participation with them from:

a.    Using, posting, publishing, retaining or copying any portion of the Vape Society Copyright Material.

7.    For a preliminary, and thereafter, permanent injunction enjoining and restraining Defendants and their agents, employees and all persons in concert or participation with them from:

a.    Offering for sale, selling, advertising and/or promoting any services or goods with the VAPE SOCIETY Trademarks;

b.    Engaging in any activity constituting an infringement or otherwise harming of the VAPE SOCIETY Trademarks and/or Vape Society's goodwill;

c.    Using any false designation of origin or false description which can or is likely to lead the trade or public, or individual members thereof, erroneously to believe either that any of Defendants' services or goods were offered for sale, sold, licensed, sponsored, approved, endorsed, authenticated or authorized by Vape Society, or that Vape Society is affiliated, connected and/or associated with Defendants.

8.    For a preliminary, and thereafter, permanent injunction enjoining and restraining Defendants and their agents, employees and all persons in concert or participation with them from:

a.    Using, retaining or copying any portion of Vape Society's

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

customer and financial information that is on the confidential backend of the Vape Society Website.

9. Entry of an order directing Defendants to transfer any and all URLs owned and/or control by one or more Defendants that were registered by or on behalf of Vape Society.

10. Entry of an order directing Defendants to transfer any and all URLs registered by or on behalf of one or more Defendants that infringe one or more VAPE SOCIETY Trademarks.

11. Entry of an order directing Defendants to file with the Court and serve upon Vape Society's counsel, within thirty (30) days after entry of the order of injunction, a report setting forth the manner and form in which Defendants have has complied with the injunction, pursuant to 15 U.S.C. section- 1116(a).

12. For an account be taken of all dealings and transaction for which Defendants came into possession of profits and sums that Vape Society was entitled to, and payment of that amount to Vape Society;

13. For Defendants to pay restitution to Vape Society of its profits from the above-described activities;

14. For punitive damages in such amount as this Court deems proper to punish and deter others from similar conduct;

15. For reasonable attorney's fees, to the extent permitted by law;

16. For reasonable costs of suit incurred herein;

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

127

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

17.     For prejudgment interest, to the extent permitted by law; and,

18.     For such other and further relief as this Court deems just and proper.

DATED:  October 28, 2016          THE BISOL FIRM, APC

                                          /S/

                            By: _____
                                   Brian E. Bisol
                                   Attorneys for Plaintiff Vape Society Supply
                                   Corp.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

128

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Vape Society hereby demands a jury trial of any issues in this action, if so triable.

DATED:  October 28, 2016          THE BISOL FIRM, APC

/S/

By: _____
   Brian E. Bisol
   Attorneys for Plaintiff Vape Society Supply
   Corp.

THE BISOL FIRM, APC
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

129

**VAPE SOCIETY SUPPLY CORP.'S COMPLAINT
FOR DAMAGES AND INJUNCTIVE RELIEF**